UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re Baycol Products,

MDL No. 01-1431 (MJD/SRN)

Julius Hughes,

Plaintiff,

v.

Civil No. 02-58 (ADM/AJB)

Bayer AG, et al,

Defendant.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number MDL 01-1431 having been assigned to Judge Michael J. Davis and case number 02-58 having later been assigned to Judge Ann D. Montgomery and said matters being related cases,

IT IS HEREBY ORDERED that case number 02-58 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 5-16-02

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: 5-20-02

JUDGE ANN D. MONTGOMERY
United States District Court

MAY 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Julius Hughes MDL 01-1396MJD

vs. 02-58MJD

Bayer AG, et al

The above-entitled matter has been re-assigned to Judge Michael J. Davis pursuant to an Order for Re-assignment signed by Judges Montgomery and Davis. This is a related case to the above-referenced MDL case. Please note the change in judge initials above and refer to them when submitting materials to the court. The magistrate judge initials have been eliminated.