**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)** |
| **This Document Relates to:** | |
| *Hughes, Julius, et al. v. Bayer AG, et al.* | Case No. 02-0058 |

**MOTION TO DISMISS DEFENDANT**
**GLAXOSMITHKLINE PLC FOR INSUFFICIENT SERVICE**

Defendant GlaxoSmithKline plc ("PLC") respectfully moves this Court to dismiss PLC from the above-captioned case. The grounds for this motion are set forth in the attached memorandum of law.

Respectfully submitted,

*Original Signature on File with Filing Attorney*

Fred T. Magaziner
Shane T. Prince
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Dated: May 31, 2006

Attorneys for Defendant GlaxoSmithKline PLC