# CERTIFICATE OF SERVICE

I, Shane T. Prince, hereby certify that on May 31, 2006, I caused to be served a true and correct copy of the foregoing Motion to Dismiss Defendant GlaxoSmithKline PLC for Insufficient Service, electronically upon the following:

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR BAYER |
|---|---|
| Charles S. Zimmerman<br>Zimmerman Reed, P.L.L.P.<br>851 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402<br>Telephone: 612-341-0400 | Adam Hoeflich<br>Bartlit Beck Herman Palenchar<br>& Scott<br>54 West Hubbard, Ste. 300<br>Chicago, IL 60610<br>Telephone: 312-494-4400 |
| Richard A. Lockridge<br>Lockridge Grindal Nauen, PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401<br>Telephone: 612-339-6900 | Susan A. Weber<br>Sidley Austin Brown & Wood<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603<br>Telephone: 312-853-7000 |
| Dale I. Larson<br>Larson - King, LLP<br>2800 Minnesota World Trade Center<br>30 East Seventh Street<br>St. Paul, MN 55101<br>Telephone: 651-227-4453 | Gene C. Schaerr<br>Sidley Austin Brown & Wood<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-737-7792 |
| Elizabeth J. Cabraser<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Telephone: 415-956-1000 | Richard K. Dandrea<br>Eckert Seamans Cherin<br>& Mellott, LLC<br>USX Tower<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>Telephone: 412-566-6000 |

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR BAYER |
|---|---|
| Dianne M. Nast<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Telephone: 717-892-3000 | Peter W. Sipkins<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Ste. 1500<br>Minneapolis, MN 55402<br>Telephone: 612-340-2600 |
| Samuel D. Heins<br>Heins Mills & Olson, PLC<br>80 South Eighth Street, Suite 3550<br>Minneapolis, MN 55402<br>Telephone: 612-338-4605 | |
| William M. Audet<br>Ryan M. Hagan<br>Tyler A. Shaw<br>Alexander, Hawes & Audet, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Telephone: 408-289-1776 | |
| Renae D. Steiner<br>Gustafson Gluck PLLC<br>608 Second Avenue South, Suite 650<br>Minneapolis, MN 55402<br>Telephone: 612-333-8844 | |

*Original Signature on File with Filing Attorney*

Shane T. Prince