# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)** |
| **This Document Relates to:** | |
| *Hughes, Julius, et al. v. Bayer AG, et al.* | Case No. 02-0058 |

**AFFIDAVIT**

Marianne Gagliardi, being duly sworn, deposes and says:

1. I am a Senior Managing Paralegal at SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"). My duties in this position include assisting outside counsel in the defense of litigation. I am the Senior Managing Paralegal for the Baycol litigation.

2. I have personal knowledge of the matters set forth in this Affidavit. I am competent to testify regarding these matters.

3. This Affidavit is submitted in connection with the foregoing "Motion to Dismiss Defendant GlaxoSmithKline plc for Insufficient Service."

4. GSK is a corporation organized under the laws of Pennsylvania with its principal place of business at One Franklin Plaza, Philadelphia, Pennsylvania.

5. GSK participated in the marketing of Baycol in the United States pursuant to a co-promotion agreement between SmithKline Beecham Corporation and Bayer, which was originally signed in July 1997.

6. GlaxoSmithKline plc ("PLC") is a public limited liability holding company incorporated in England and Wales and headquartered in Middlesex, England. PLC owns GSK through several levels of wholly owned subsidiaries.

7. PLC had no involvement with Baycol.

8. It is PLC's routine practice that all Baycol complaints filed in the United States and served upon PLC be forwarded to GSK's principal place of business at One Franklin Plaza, Philadelphia, Pennsylvania. I have access to Baycol complaints that were filed in the United States and served upon PLC. I also have access to a comprehensive list of the Baycol cases that were filed in the United States and in which PLC was served.

9. GSK has no record that PLC was served in the above-listed cases.

FURTHER, AFFIANT SAYETH NOT.

WITNESS MY SIGNATURE,

Marianne Gagliardi
Senior Managing Paralegal

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

Sworn to and subscribed before me, in my presence, this the 26th day of May, 2006.

NOTARY PUBLIC

My commission expires: June 4, 2007

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Janice M. Landwehr, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires June 4, 2007
Member, Pennsylvania Association of Notaries