**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | ) | Court File No. 02-0058 |
| *Julius Hughes, et al. v. Bayer Corporation, et al.* | ) | |

**PLAINTIFF JULIUS HUGHES' NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS, WITNESSES AND ANSWERS TO INTERROGATORIES**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT, as soon as it may be heard by the Court, Plaintiff shall ask the Court to issue an order which, *inter alia*, requires Defendant Bayer Corporation to answer, without objection, Plaintiff's First Set of Interrogatories, and to provide all documents responsive to Plaintiff's First Set of Requests for Production of Documents. Plaintiff shall ask the Court to issue an order which requires Defendant to provide responses to said discovery without objection. Said Motion shall be based on papers filed along with this Notice, the accompanying Memorandum of Points and Authorities, any filings in this Court, as well as any other papers that may be submitted by Plaintiff as part of this Motion.

Dated: July 7, 2006

Respectfully submitted,

Original Signature on File with Filing Attorney.
Kevin L. Thomason
ALEXANDER, HAWES & AUDET, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiff*

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date a true and correct copy was electronically served on attorneys of record and liaison counsel:

**PLAINTIFF JULIUS HUGHES' NOTICE OF MOTION AND MOIOTN TO COMPEL THE PRODUCTION OF DOCUMENTS, WITNESSES AND ANSWERS TO INTERROGATORIES**

on the parties shown below:

(*See attached service list.*)

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☐ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

[X] (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

☐ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this 7th day of July, 2006, at San Francisco, California.

<u>Original Signature on File with Filing Attorney.</u>

Kenneth E. Friedman
Susan A. Weber
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600
kfriedman@sidley.com
sweber@sidley.com
baycoldps@sidley.com

Deanna D. Daily
LARSON KING
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul MN 55101
Telephone: 651.312.6500
Facsimile: 651.312.6618
ddaily@larsonking.com

Philip S. Beck
Adam Hoeflich
BARTLIT, BECK, HERMAN,
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago IL 60610
Telephone: 312.494.4411
Facsimile: 312.494.4440
philip.beck@bartlit-beck.com
adam.hoeflich@bartlit-beck.com

Kathryn Connelly
Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
Philadelphia PA 19103-2793
Telephone: 215.994.4000
Facsimile: 215.994.2222
kathryn.connelly@dechert.com
fred.magaziner@dechert.com
baycoldep@dechert.com

Thomas Moore
Mario Horwitz
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles CA 90071-1594
Telephone: 213.253.2300
Facsimile: 213.253.2301
thomas.moore@dbr.com
mario.horwitz@dbr.com