**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**

*Hughes, Julius, et al. v. Bayer AG, et al.* Case No. 02-0058

**ORDER DISMISSING DEFENDANT**
**GLAXOSMITHKLINE PLC FOR INSUFFICIENT SERVICE**

AND NOW, this _______ day of JUL 2 5 2006 2006, upon consideration of the Motion to Dismiss Defendant GlaxoSmithKline plc for Insufficient Service, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that all claims against Defendant GlaxoSmithKline plc are dismissed.

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

SCANNED
JUL 2 6 2006
... COURT MPLS