**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: *Julius Hughes, et al. v. Bayer Corporation, et al.* | Court File No. 02-0058 |

**AFFIDAVIT OF KEVIN L. THOMASON IN SUPPORT OF PLAINTIFF JULIUS HUGHES' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS, WITNESSES AND ANSWERS TO INTERROGATORIES**

I, Kevin L. Thomason, hereby declare and affirm the following:

1. I am an attorney licensed to practice law in the State of California, and a senior associate at the law firm of Alexander, Hawes & Audet, LLP, co-counsel of record for Plaintiff in this litigation.

2. I am personally familiar with the facts state in this Affidavit and, if called as a witness, could and would testify competently thereto.

3. On July 31, 2006, I took the deposition of Mr. Josue Bencito, a Bayer Regional Sales Manger during the time that Plaintiff was taking Baycol. A true and correct copy of pertinent pages of that deposition is attached hereto as Exhibit 1. Please note that the final version of this deposition is not available to me at this time.

4. On July 12, 2006 Adel Nadji from our office deposed Ross Delmendo, the main Baycol Sales Rep for Plaintiff's Doctor during the time period that Plaintiff took Baycol. A true and correct copy of pertinent pages of that deposition is attached hereto as Exhibit 2.

5. On July 17, 2006, I took the deposition of Cheryl Horst, a Bayer Sales Rep during approximately the same time period that Plaintiff took Baycol (mid 1999). Among other things, Ms. Horst verified that the call database the sales reps used was entitled “MACS.” A true and correct copy of pertinent pages of that deposition is attached hereto as Exhibit 3. Please note that the final version of this deposition is not available to me at this time.

6. On August 9, 2006, I logged into “PACER” and retrieved a copy of the NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS, WITNESSES AND ANSWERS TO INTERROGATORIES that was filed with this Court on July 7, 2006. A true and correct copy of that document is attached hereto as Exhibit 4.

7. On July 31, 2006 at Josue Bencito's deposition, counsel for Defendant Bayer “re-produced” 17 pages of documents, these documents consisted of the August 8, 2001 “dear doctor” letter (BAYCORP00263761) and a several Baycol package inserts (BAYCORP01349349-50; 00221085-86; 00280784-85; 00226962-63; 00031829-30; 00052676-78; 00146205-07). These documents appear to have been previously produced in this MDL, are not case-specific in any way, and are not responsive to any of Plaintiff’s current document requests.

8. At the same deposition, and after a meeting with his counsel, the deponent asked to go back on the record and clarify part of his testimony. He then added that he wasn't sure that the database could actually record notes, and he wasn’t sure if it was actually called “MACS.”

//

//

//

//

I declare under penalty of perjury of the law of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on the ______th day of ________, 2006.

Original Signature on File with Filing Attorney.
Kevin L. Thomason

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date a true and correct copy was electronically served on attorneys of record and liaison counsel:

**AFFIDAVIT OF KEVIN L. THOMASON IN SUPPORT OF PLAINTIFF JULIUS HUGHES' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS, WITNESSES AND ANSWERS TO INTERROGATORIES**

on the parties shown below:

(*See attached service list.)*

[ ] (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

[ ] (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

[ ] (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

[X] (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

[ ] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this ______th day of ___________, 2006, at San Francisco, California.

Original Signature on File with Filing Attorney.

Kenneth E. Friedman
Susan A. Weber
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600
kfriedman@sidley.com
sweber@sidley.com
baycoldps@sidley.com

Deanna D. Daily
LARSON KING
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul MN 55101
Telephone: 651.312.6500
Facsimile: 651.312.6618
ddaily@larsonking.com

Philip S. Beck
Adam Hoeflich
BARTLIT, BECK, HERMAN,
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago IL 60610
Telephone: 312.494.4411
Facsimile: 312.494.4440
philip.beck@bartlit-beck.com
adam.hoeflich@bartlit-beck.com

Kathryn Connelly
Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
Philadelphia PA 19103-2793
Telephone: 215.994.4000
Facsimile: 215.994.2222
kathryn.connelly@dechert.com
fred.magaziner@dechert.com
baycoldep@dechert.com

Thomas Moore
Mario Horwitz
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles CA 90071-1594
Telephone: 213.253.2300
Facsimile: 213.253.2301
thomas.moore@dbr.com
mario.horwitz@dbr.com