**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | Court File No. 02-0058 |
| *Julius Hughes, et al. v. Bayer Corporation, et al.* | **PLAINTIFF'S FIRST SUPPLEMENTAL EXPERT DISCLOSURES** |

To: BAYER, A.G., BAYER CORPORATION, GLAXOSMITHKLINE plc

Plaintiff, Julius Hughes, makes these First Supplemental Expert Disclosures as required by Federal Rule of Civil Procedure 26(a) and MDL Pre-Trial Order 149.

Attached, please find:

1. A true and correct copy of Dr. Steven Trobiani's most recent resume.
2. A list of all other cases in which Dr. Trobiani has testified as an expert at trial or by deposition within the last four years.

Counsel for Plaintiff has confirmed that Dr. Trobiani's hourly rate is $700, per hour.

Dated: August 28, 2006

Respectfully submitted,

Kevin L. Thomason
ALEXANDER, HAWES & AUDET, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiff*

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date a true and correct copy was electronically served on attorneys of record and liaison counsel:

**PLAINTIFF'S FIRST SUPPLEMENTAL EXPERT DISCLOSURES**

on the parties shown below:

*(See attached service list.)*

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☐ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

[X] (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this 28th day of August, 2006, at San Francisco, California.

Steve Garrett [signature]
__________________________________

Kenneth E. Friedman
Susan A. Weber
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600
kfriedman@sidley.com
sweber@sidley.com
baycoldps@sidley.com

Deanna D. Daily
LARSON KING
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul MN 55101
Telephone: 651.312.6500
Facsimile: 651.312.6618
ddaily@larsonking.com

Philip S. Beck
Adam Hoeflich
BARTLIT, BECK, HERMAN,
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago IL 60610
Telephone: 312.494.4411
Facsimile: 312.494.4440
philip.beck@bartlit-beck.com
adam.hoeflich@bartlit-beck.com

Kathryn Connelly
Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
Philadelphia PA 19103-2793
Telephone: 215.994.4000
Facsimile: 215.994.2222
kathryn.connelly@dechert.com
fred.magaziner@dechert.com
baycoldep@dechert.com

Thomas Moore
Mario Horwitz
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles CA 90071-1594
Telephone: 213.253.2300
Facsimile: 213.253.2301
thomas.moore@dbr.com
mario.horwitz@dbr.com

**Northstar Pain Care/Northstar Neurological Clinic**
**Steven Trobiani, M.D.**
Arbor Lakes Medical Building
12000 Elm Creek Boulevard, Suite 330
Maple Grove, MN 55369

Phone: (763) 416-1400 FAX: (763) 416-0022

DATE: 8-28-06

TIME: 12:00 pm

ATTN: Kevin Thomason

FAX #: 408-287-1776

FROM: **Char Drews, Medical Receptionist**

# OF PAGES INCLUDING THIS ONE: 4

RE: Dr. Steve Trobiani Curriculum Vitae

MESSAGE:

HARD COPY WILL FOLLOW BY MAIL:

HARD COPY WILL NOT FOLLOW BY MAIL: X

northstar pain care / neurological clinic

## CURRICULUM VITAE

Steven Trobiani, MD
Board Certified, American Board of Neurology and Psychiatry

Main Office
Arbor Lakes Medical Building
12000 Elm Creek Blvd. - Ste 330
Maple Grove, MN 55369
763.416.1400 tel
763.416.0022 fax

Satellite Office
1 Eastern Heights Plaza
7582 Currell Blvd. • Ste 209
Woodbury, MN 55125
651.702.0338 tel
651.702.1269 fax

### PERSONAL DATA

| | |
|---|---|
| Name: | Steven Trobiani, M.D. |
| Date of Birth: | August 8, 1950 |
| Marital Status: | Single |
| Height/Weight: | 5'7" / 140 lbs |
| Health: | Excellent |
| SSN: | 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 |

### EDUCATION

| | |
|---|---|
| September 1968 - June 1972 | Loyola University - Chicago, Illinois<br>Bachelor of Science in Biology |
| September 1972 - February 1976 | Loyola University-Stritch School of Medicine - Maywood, Illinois<br>M.D. Degree |

### INTERNSHIP

| | |
|---|---|
| July 1976 - June 1977 | St. Louis University Hospitals - St. Louis, Missouri<br><br>Categorical internship in Neurology consisting of three months of Neurology and nine months of Internal Medicine |

### RESIDENCY

| | |
|---|---|
| July 1980 - June 1983 | Department of Neurology, Yale University School of Medicine |
| July 1982 - June 1983 | Chief Resident, Department of Neurology, Yale University School of Medicine |

### MILITARY SERVICE

| | |
|---|---|
| July 1977 - February 1979 | Squadron Surgeon for the 2nd Squadron 11th Armored Cavalry Regiment located in Bad Kissingen, Germany. Responsible for the primary health care delivered to a population of 6,000 active duty personnel and dependents. |
| February 1979 - February 1980 | Brigade Surgeon for 1st Brigade 3rd Infantry Division located in Schweinfurt, Germany. Responsible for providing primary health care to a population of 16,000 active duty personnel and dependents and direct supervision of nine Physician Assistants. |
| February 1980 - July 1980 | Commander of the 24th Medical Detachment located in Schweinfurt, Germany. Responsible for the delivery of health care to 16,000 active duty personnel and dependents residing in the military communities of Bad Kissingen and Schweinfurt. Supervision of one Brigade Surgeon, one German National Physician, and the nine Physician Assistants assigned to the Schweinfurt and Bad Kissingen Health Clinics. Command of personnel assigned to the 24th Medical Detachment. |

## PRIVATE PRACTICE

| | |
|---|---|
| July 1983 - June 1989 | Solo Neurology practice in Joliet, Illinois |
| June - October 1989 | Neurologist with Noran Neurological Clinic in Minneapolis, Minnesota. |
| November 1989 - April 1993 | Director, Administrator and Neurologist with Northstar Neurological Clinic in Maple Grove, Minnesota.<br><br>Practice emphasis on injuries to neck, back and peripheral nerve. |
| April 1993 - Present | Director, Administrator and Neurologist with Northstar Neurological Clinic in Maple Grove and Woodbury, Minnesota.<br><br>Practice emphasis on injuries to neck, back and peripheral nerve. |
| January 1995 - Present | Medical Director, President, Northstar Pain Care, Maple Grove and Woodbury, Minnesota<br><br>Practice emphasis on myofascial release techniques for soft tissue injuries to the cervical, thoracic and lumbar regions. |

## AFFILIATIONS

| | | |
|---|---|---|
| 1983 - 1989 | St. Joseph Medical Center - Joliet, Illinois - Active Staff | |
| 1983 - 1989 | Silver Cross Hospital - Joliet, Illinois - Active Staff | |
| 1989 - 2000 | Abbott Northwestern Hospital<br>Minneapolis, Minnesota<br>Inactive Staff | Fairview Southdale Hospital<br>Edina, Minnesota<br>Inactive Staff |
| | Fairview Ridges Hospital<br>Burnsville, Minnesota<br>Inactive Staff | Mercy Medical Center<br>Coon Rapids, Minnesota<br>Inactive Staff |
| 1989 - Present | North Memorial Medical Center<br>Robbinsdale, Minnesota<br>Courtesy Staff | |

## PUBLICATIONS

1. "Effects of cervical sympathetic stimulation on carotid occlusion reflexes in cats: Robert W. Wurster and Steven Trobiani, American Journal of Physiology, Vol. 225, No. 4, October 1973.

2. "Myofascial Release Therapy in the treatment of soft tissue injuries", copyright 1995.

3. "Primary Treatment of Hyperlipidemia: Pharmaceuticals versus Nutraceuticals." Unpublished.

## ACHIEVEMENTS

| | |
|---|---|
| September 7, 1977 | Certification by National Board of Medical Examiners |
| February 1988 | Licensed as Physician and Surgeon, State of Connecticut |
| June 1983 | Licensed as Physician and Surgeon, State of Illinois |
| June 1989 | Licensed as Physician and Surgeon, State of Minnesota |

| | |
|---|---|
| June 1990 | Board Certified in Neurology |
| 1994-1995 | University of St. Thomas, Mini MBA in Medical Management |
| 1994-1995 | University of St. Thomas, Certificate Course in Management for Physicians |
| 1995 - | MFR Seminars - Myofascial Release Therapy I (20 hours) |
| 1995 - | MFR Seminars - Myofascial Release Unwinding (20 hours) |
| 1995 - | MFR Seminars - Myofascial Release Therapy II (20 hours) |
| November 12, 2002 | Appointed by the Assistant Commissioner for the Minnesota Department of Health to the Health Care Work Group for the Minnesota Heart Disease and Stroke Prevention Initiative |

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 1980 - 1983 | New Haven County Medical Association |
| 1983 - 1989 | Will-Grundy County Medical Association |
| 1980 - Present | American Medical Association |
| 1980 - Present | American Academy of Neurology |
| 1983 - Present | American Association for the Advancement of Science |
| 1983 - Present | New York Academy of Science |
| 1989 - Present | Hennepin County Medical Society |
| 1989 - Present | Minnesota Medical Association |
| 1996 - Present | Minnesota Neurological Society |
| 1997 - Present | Minnesota Preventative Medicine Council |

## SEMINAR PRESENTATIONS

| | |
|---|---|
| 11/15/95 | Myofascial Release Therapy in Treatment of Soft Tissue Injuries |
| 11/15/95 | Peripheral Nerve Entrapment |
| 03/21/97 | Minnesota Institute for Legal Education - "Diagnosis and Management of Cervical, Thoracic and Lumbar Discogenic Pain Syndromes" |
| 01/28/98 | Minnesota Trial Lawyers Association "Neck and Back Injuries from Motor Vehicle Accidents" |
| 04/03/98 | Minnesota Institute for Legal Evaluation - "Strain/Sprain, Myofascial Pain Syndrome, and Discogenic Pain Syndrome" |
| 03/07/02 | Primary Care Physicians - "Doctor Why Do I Still Hurt" |
| 04/18/02 | Blaine Medical Clinic - "Approaches to Pain Management in the Primary Care Clinic" |
| 06/11/02 | Unity Hospital, Pfizer, "Doctor, Why Do I Still Hurt" |
| 06/20/02 | Soteria Clinic, Pfizer, "Doctor, Why Do I Still Hurt" |
| 06/25/02 | Fridley Medical Center, Pfizer, "Doctor, Why Do I Still Hurt" |
| 08/27/02 | State Fair, Pfizer, "Doctor, Why Do I Still Hurt" |
| 08/28/02 | Family Practice, Pfizer, "Doctor, Why Do I Still Hurt" |
| 10/28/02 | Allina Clinic Champlin, Pfizer, Chronic Pain Management |
| 10/5/03 | Campiello Ristorante, Pfizer - "Doctor, Why Do I Still Hurt" |
| 1/16/04 | Solera, Pfizer, Migraine, Family Practice |
| 5/19/04 | Northwest Athletic Club - Maple Grove, BioniCare |
| 6/30/04 | Morton House, BioniCare |
| 9/14/04 | Northwest Athletic Club - Eden Prairie, BioniCare |
| 9/22/04 | Biaggi's, BioniCare |
| 11/9/04 | Northwest Athletic Club - Bloomington, BioniCare |

## RESEARCH

| | |
|---|---|
| 2/1/04 | Approved Site for Phase IV Clinical Studies for Osteoarthritis of Knees in conjunction with John Hopkins University |

Northstar Pain Care/Northstar Neurological Clinic
Steven Trobiani, M.D.
Arbor Lakes Medical Building
12000 Elm Creek Boulevard, Suite 330
Maple Grove, MN 55369

Phone: (763) 416-1400 FAX: (763) 416-0022

DATE: 8-28-06

TIME: 3:30 pm

ATTN: Kevin Thompson

FAX #: 408-287-1776

FROM: Char Drews, Medical Receptionist

# OF PAGES INCLUDING THIS ONE: 4

RE: Dr. Trobiani

MESSAGE: Cases testified & depositions the last 4 years

HARD COPY WILL FOLLOW BY MAIL: ______

HARD COPY WILL NOT FOLLOW BY MAIL: X

northstar pain care / neurological clinic

Steven Trobiani, MD
Board Certified, American Board of Neurology and Psychiatry

Main Office
Arbor Lakes Medical Building
12000 Elm Creek Blvd. - Ste 330
Maple Grove, MN 55369
763.416.1400 tel
763.416.0022 fax

Satellite Office
1 Eastern Heights Plaza
7582 Currell Blvd. - Ste 208
Woodbury, MN 55125
651.702.0338 tel
651.731.9510 fax

## DEPOSITIONS FOR WHICH STEVEN TROBIANI, M.D. HAS TESTIFIED

| Date | Patient | Attorney(s) and/or Cases |
|---|---|---|
| 01/05/95 | James Demoret | Thomas Krauel & Assoc. |
| 01/13/95 | Thomas Smykalski | Hartke Law Firm |
| 06/02/95 | Luann Hatten-Noll | Marlon Haugen, Esq. |
| 10/06/95 | William Henry | John Steele, Esq. |
| 11/28/95 | Patricia Webb | Meuser & Assoc. |
| 12/15/95 | John Madson | Babcock, Locher, Mielson & Mannella |
| 01/19/96 | Edwin Fostenrud | Gerald Mager, Esq. |
| 02/15/96 | Wayne Kipka | Rosenthal, Rondoni & MacMillan |
| 03/01/96 | Eduardo Miijica | Schwebel, Goetz, Sieben & Moskal |
| 05/22/96 | Daniel Substad | Doar, Drill & Skow |
| 06/13/96 | Annette Lowe | Tweksbury, Kerfeld & Zimmer |
| 06/19/96 | Patricia Nygard | Tweksbury, Kerfeld & Zimmer |
| 08/13/96 | Karen Christensen | Phillip Reitan, Esq. |
| 09/18/96 | Richard Ross | Mackenzie & Hallberg |
| 10/07/96 | Bryce Carlson | Thomas Mottaz, Esq. |
| 09/25/96 | Michelle Simon | Montpetit, Freiling & Kranz |
| 10/14/96 | Robert Weigl | Krass, Monroe & Schmidt |
| 11/21/96 | Michelle Fritz | Cody Law Office |
| 01/06/97 | Kathleen Miller | Hvass, Weisman & King |
| 01/01/97 | Gaylan Hinton | Sieben, Gross, Von Holtum |
| 01/22/97 | Richard McDaniels | Ness & Associates |
| 02/21/97 | Brenda Laska | Douglas E. Schmidt & Associates |
| 02/27/97 | Carol Juenger | Perry, Perry & Perry |
| 02/28/97 | Betty Mitchem | Trenti Law Office |
| 03/07/97 | Mary Alexander | Cody Law Firm |
| 04/10/97 | Ronald Swift | John Steele, Esq. |
| 05/20/97 | Luann Reeves | Todd Young Law Firm |
| 06/03/97 | James Lynch | Schwebel, Goetz, Sieben & Moskal |
| 06/03/97 | Elizabeth McChing | Sieben, Grose, Von Holtum |
| 06/25/97 | Joann Brick | Sommers & Schultz |
| 06/30/97 | Nancy Thorson | H. Rick Fritz, Esq. |
| 07/30/97 | William Sohr | Gerald Magee, Esq. |
| 08/04/97 | Lance Reyzer | Ghertz & Ghertz |
| 08/12/97 | Mary Ellen Ruffenbach | Richard Jeffries, Esq. |
| 09/02/97 | Mary D. Petersen | Thomas Mottaz, Esq. |
| 09/03/97 | Paulette Adkins | F. Dean Lawson, P.A. |
| 09/15/97 | Robert Westerman | Strange, Farrell, Johnson & Casey |
| 10/22/97 | Kristen Tadewald | John Bradshaw Law Firm |
| 11/12/97 | Julie Dewenhoegger | Tweksbury, Kerfeld & Zimmer |
| 03/18/98 | Paula Netherton | Schwebel, Goetz & Sieben |
| 04/17/98 | Gretchen McCabe | Priesz Law Firm |
| 06/11/98 | Duane Reck | Karney & Theiler |
| 12/03/98 | Kelton Crosby | Crosby & Associates |

Depositions Continued

| Date | Patient | Attorney(s) and/or Cases |
|---|---|---|
| 02/08/99 | Kevin Claseman | Harvey Sheehan & Capistrant |
| 03/03/99 | Andrea Putnam | Wentzel & Fluegel |
| 06/30/99 | Heidi Tinglov | Gabrielson Law Offices |
| 10/12/99 | Linda Kerchner | Tamara M. Haas, Esq. |
| 09/21/01 | James Snyder | Schmidt & Lund |
| 09/27/01 | Dang Vang | Walsh & Gaertner, Vang vs. Marie Arlena Hart, 62-C0-00-010219 |
| 01/03/02 | Pa Lee | R. Donald Hawkinson |
| 02/18/02 | Kathryn Studer-Rust | Eckert Kost & Vocke, 01-CV-128 |
| 03/19/02 | Darnell Warmack | Ruman Clements & Holub, Darnell Warmack vs. Focus Enterprises Inc. dba Holiday Inn Express, Frohock - Stewart, Inc., Subsidiary of Invacare & American Hotel, Register Company, 64-D02-0101-892 |
| 05/13/02 | Scott Mathison | Doar, Drill & Skow, Scott Mathison vs. Kathleen Boyd Society Ins., A Mutual Co. +General Casualty Co. of WI, 00-CV-433 |
| 05/16/02 | Carlos Gonzalez | Scott Law Firm |
| 05/24/02 | John McGary | Valentini & Associates |
| 07/17/02 | Dean Leaf | Douglas E. Schmidt & Associates, |
| 08/29/02 | Kathryn Studer-Rust | Rischmiller, Knippel & Aronson, 01-CV-128 |
| 04/06/03 | Michael Roberts | Eckman, Strandness & Egan |
| 10/21/03 | Susan Pugh | Sieben, Grose,Von Holtum, Susan Pugh vs. Eric John Erickson, C7-01-004426 |
| 11/25/03 | Jessie Peterson | Palmer, Cody & O'Dea, Jessie Peterson vs. Sara Larson and Michael Larson |
| 06/01/06 | Nancy Vetsch | Peter MacMillan, Esq., MacMillan, Wallace & Athanases |

## TRIAL TESTIMONY STEVEN TROBIANI, M.D. HAS GIVEN

| Date | Patient | Attorney(s) and/or Cases |
|---|---|---|
| 10/16/95 | Deborah Kueftler | Todd Young Law Firm |
| 02/11/97 | Mary Baggenstors | Schwebel, Goetz, Sieben & Moskal |
| 03/12/97 | John Bostrum | Schwebel, Goetz, Sieben & Moskal |
| 11/25/97 | John Hunt | Jesse Gant, Esq. |
| 01/07/98 | Janeen Braatz | Schwebel, Goetz, Sieben & Moskal |
| 02/04/98 | Daniel Koppy | Schwebel, Goetz, Sieben & Moskal |
| 03/03/98 | Donald Doty | Ronald Goldser, Esq. |
| 3/3-4/98 | Joanne Atherton | Otten & Knutson, PLLP |
| 04/27/98 | Larry Holmberg | Larry Levanthal & Associates |
| 9/9-10/98 | Steven Staudt | Zimmerman & Reed |
| 01/14/99 | George Viens | Schmidt & Coughlin |
| 04/27/00 | Derek Kew | Vance & Iverson, P.A. |
| 8/7-8/01 | Brian Paglusch | Schneider Law Firm |

**Trial Testimony Continued**

| Date | Patient | Attorney(s) and/or Cases |
|---|---|---|
| 11/19/01 | Lisa Belden | Hvass, Weisman & King, Lisa Beldon and Michael Beldon vs. Judith Riley Marohn, PI-0I-002821 |
| 07/23/02 | Brittney Sanchez | Schmidt Law Firm |
| 10/30/02 | Conrad Barsness | John Buchman, Esq |
| 03/05/03 | Virgie L. Hardy | Pritchard Law Firm |
| 06/05/03 | Terry Grunwald | Ratgen Personal Injury Law Firm, Terry Grunwald vs. MSI Insurance, 56-600-678-97 |
| 01/08/04 | Tina Lessard | Scott Law Firm |