# Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD) |
| THIS DOCUMENT RELATES TO: | CASE No. 02-0058 |
| Julius Hughes, et al., v. Bayer Corp, et al., | |

DEPOSITION OF RAYMOND JING, M.D.,

HAWTHORNE, CALIFORNIA

WEDNESDAY, JULY 19, 2006

Reported by:

ANGELA GINEVAN, CSR No. 12124, RPR

Hawthorne, California

Wednesday, July 19, 2006

9:07 A.M.

RAYMOND JING, M.D.,

called as a witness, and having been first duly affirmed by the Certified Shorthand Reporter, was examined and testified as follows:

EXAMINATION

BY MR. REDDY:

Q. Good morning, Dr. Jing.

A. Good morning.

Q. My name is Nitin Reddy. I represent Bayer Corporation. As you know we're here today to take **your** deposition.

Could you please state your full name **for** the record.

A. Raymond Jing.

**Q.** And have you ever had your deposition taken before, sir?

A. Yes.

Q. And about how long has it been since your last deposition?

A. More than 15 years ago.

panel, a lipid panel, a urine test for microalbumin.

Q. And why did you do these tests?

A. You know, these are routine tests that we do on diabetics.

Q. So Mr. Hughes had already been diagnosed as a diabetic prior to this time?

A. Yes, he had been.

Q. And was he on any sort of diabetic -- diabetes medicine at that time?

A. Yes. He was taking Humulin N insulin.

Q. Is that a porcine insulin or a --

A. No. It's a -- there's -- it's not -- porcine is from animals. Yeah. This is human insulin that's manufactured genetically.

Q. Okay. Now, earlier we'd spoken about the cardiovascular risk factors.

A. Yes.

Q. And I think you had mentioned smoking, hypertension, high cholesterol, and diabetes as being the primary cardiac risk factors; is that correct?

A. Yes.

Q. Of those, which had Mr. Hughes presented with as of your office visit in March of 2001?

A. Mr. Hughes had diabetes and hypertension.

Q. And did you later diagnose him with high

cholesterol?

A. Yes.

Q. When did you diagnose him with high cholesterol?

A. After his initial visit I -- you know, I received the blood test results the following day, and at that time determined that his cholesterol was elevated, and I called him at that time to discuss treatment.

Q. What was his cholesterol? What did the lab results show?

A. On March 8th, 2001, his total cholesterol was 239, his HDL cholesterol was 57, and his LDL cholesterol was 160.

Q. And at that time what were the normals for HDL and LDL?

A. Well, the goal for diabetics for LDL cholesterol is less than a hundred, and the goal for LDL cholesterol in patients that don't have cardiac risk factors is less than 130. So the 160 exceeded both for the LDL cholesterol.

Q. And now the LDL cholesterol is what's known as the, quote, bad cholesterol?

A. That's the common lay term for it, yes.

Q. And what course of treatment did you recommend for Mr. Hughes for his high cholesterol?

A. I prescribed Baycol, 0.4 milligrams.
Q. And what sort of a drug is Baycol?
MR. EZRIN: Object to form.
THE WITNESS: Baycol is commonly known as a statin, and what that does it -- is the -- it inhibits the synthesis of -- or it's a -- it decreases the rate of synthesis of cholesterol in the liver.
BY MR. REDDY:
Q. And what are the common side effects -- what are the side effects associated with statin medicines in general?
MR. EZRIN: Object to form.
THE WITNESS: Most common side effect that I encounter are muscle aches.
BY MR. REDDY:
Q. So myalgias or --
A. Yes. Also known as myalgias.
Q. And other than the muscle aches, are you aware of any other possible side effects associated with statin medicines?
A. We also monitor patients to make sure they don't have elevation of their liver chemistries because liver toxicity is also possible.
Q. And were you aware that these were possible side effects of Baycol when you prescribed it to

Mr. Hughes?

A. Yes.

MR. EZRIN: Object to form.

BY MR. REDDY:

Q. And to be clear, the side effects we just discussed were muscle pains --

A. Yes.

Q. -- correct?

Myalgias?

A. Yes.

Q. It -- was myopathy another type of side effect that you've encountered or are aware of?

A. Yes.

Q. And what is myopathy?

A. Myopathy is something that one can get from the adverse effect -- well, myopathy doesn't have to just be related to medication. It can be caused by other things. But it's muscle problems that patients experience that can manifest itself in different ways, including pain and weakness.

Q. And myalgias are specifically muscle pain?

A. Myalgias are the symptoms.

Q. I see.

A. Myopathy would be a diagnosis.

Q. And are you also -- were you aware that

rhabdomyolysis is a possible side effect associated with statin medicines?

A. Yes.

Q. And what is rhabdomyolysis?

A. That's a type of damage to the muscles.

Q. Were you aware that rhabdomyolysis was a possible side effect of Baycol at the time that **you** prescribed it to Mr. Hughes?

A. I was generally aware that rhabdomyolysis could be caused by statins including Baycol.

Q. Now, on the lab result of March 2001 -- **I** forgot the date. I think it's March 6.

A. Uh-huh.

Q. Is that your handwriting on there?

A. Yes.

Q. And did you yourself call the patient?

A. My note indicates that I didn't speak with the patient directly. I spoke with the patient's wife and asked for her to give the message to him that **I** was going to prescribe medication for the high cholesterol.

Q. Why is it important to reduce high cholesterol?

A. You know, high cholesterol is a significant risk factor for development of cardiovascular disease, but it's even a worse problem in diabetics than it is in a non-diabetic.

A. Yes.
Q. Now I'm starting to forget the names of the rest of the statins.
Have you prescribed Crestor?
A. No.
Q. And you have prescribed Baycol, correct?
A. Yes.
Q. In your experience, do some of the statin medicines work better for different patients?
Yes.
Q. So it's generally a good thing to have choices among statin medicines?
A. Yes.
MR. EZRIN: Object to form.
BY MR. REDDY:
Q. Is it a good thing to have choices among statin medicines?
A. Yes.
MR. EZRIN: Same objection.
BY MR. REDDY:
Q. Is it your common practice to inform the patients about the possible side effects of medicines as you prescribe them?
A. Yes.
MR. EZRIN: Object to form.

BY MR. REDDY:

Q. And do you do that when you prescribe cholesterol medicines?

A. Yes.

Q. And what side effects do you tell them to watch out for?

MR. EZRIN: Same objection.

THE WITNESS: I tell them the most common side effects for statins. Those side effects include muscle aches as really the predominant symptom that they might experience.

BY MR. REDDY:

Q. So you tell them about the symptoms that they're probably going to experience?

A. Yes.

Q. Now, when you prescribed Baycol to Mr. Hughes, is that because you believe that the benefits of the drug outweighed its risks?

MR. EZRIN: Object to form.

THE WITNESS: Yes.

BY MR. REDDY:

Q. Is that generally why you prescribe any drug to a patient?

A. Correct.

Q. When did you next see Mr. Hughes?

# Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In re BAYCOL PRODUCTS LITIGATION ) MDL No. **1431**
) (MJD)
)
)
THIS DOCUMENT RELATES TO: ) Case No. 02-0058
)
Julius Hughes et al. )
v. Bayer Corp, et al. )
)

DEPOSITION OF JULIUS McCLINTON HUGHES

LOS ANGELES, CALIFORNIA

MAY 15, 2006

Reported **by** Joyce A. Griffith, CSR 11010

LOS ANGELES, CALIFORNIA, MONDAY, MAY 15, 2006

10:15 A.M.

JULIUS McCLINTON HUGHES,

having been first duly sworn, was

examined and testified as follows:

EXAMINATION

BY MR. REDDY:

Q Good morning, Mr. Hughes.

A Good morning.

Q My name is Nitin Reddy and I represent Bayer Corporation.

As you know, we are here today to take your deposition in connection with your lawsuit regarding Baycol.

A Exactly.

Q Could you please state your full name for the record, sir?

A Julius M. Hughes.

Q What does the "M" stand for?

A McClinton.

Q Have you ever had your deposition taken before, sir?

A A long time ago.

THE WITNESS: No.
BY MR. REDDY:
Q Have you ever taken the drug Baycol, sir?
A Yes.
Q When did you take Baycol?
A He prescribed it around March of 2001.
Q How do you remember the date of that so clearly?
A It was very painful from the start, pain to the stomach, you know.
Q Pain to the stomach?
A Yes.
Q Why did the doctor prescribe you Baycol?
A I have no idea.
Q were you taking any cholesterol-reducing drug when you were taking Baycol?
MR. EZRIN: Object to the form.
THE WITNESS: I'm not sure. There was a cholesterol thing, but I can't recall the name before Baycol.
BY MR. REDDY:
Q So you took a cholesterol drug before Baycol?
A They gave me -- yes.
Q Were you prescribed Baycol for your

Slauson.

Q Did you use Axminster to get your Baycol?

A There was a time when it was closing there, I went to Rite Aid. I may have gotten them at both places.

Q Now, which doctor was it that prescribed you Baycol?

A Dr. Jing closed me out and put me on Baycol.

Q Did Dr. Jing talk to you about the possible side effects of Baycol when he prescribed it for you?

MR. EZRIN: Object to the form.

THE WITNESS: It was only on the brochure. He only said, "This is a new drug. I'm going to try you out on it for a while." I got the brochure from the drugstore.

BY MR. REDDY:

Q He said this is a new drug and we are going to try you out on it for a while?

A Yes.

Q And you got the brochure from the pharmacy?

A They always gave you the brochure in that one.

Q Did you read the brochure for Baycol?

A I sure did.

Q Do you remember what the brochure said?
MR. EZRIN: Object to the form.
THE WITNESS: Not exactly, but it was -- I read it enough to know that it had its ups and downs.
BY MR. REDDY:
Q What were its downs?
MR. EZRIN: Same objection.
THE WITNESS: There were many side effects on there. I can't recall the names.
BY MR. REDDY:
Q But you read the possible side effects?
A I certainly did.
Q Did you discuss the drug with your doctor at any point in time?
MR. EZRIN: Same objection.
THE WITNESS: I didn't get to discuss it with him. I was back there for a checkup and he said, "I'm pulling you off."
BY MR. REDDY:
Q How long did you take Baycol?
A I'd say March 2001 to August.
Q August 2001?
A Uh-huh.
MR. EZRIN: Is that a yes?
THE WITNESS: Yes.

BY MR. REDDY:

Q Do you know whether Baycol reduced your cholesterol?

A There was so much anxiety, I couldn't tell, but --

Q There was anxiety?

A There was a lot of anxiety when taking that stuff.

Q What did you mean there was a lot of anxiety when you were taking that?

A Worrying about the outcome. I knew what it was going to do when it hit the bottom of my stomach. I was reluctant, but I went ahead and took it.

Q What would it do when it hit the bottom of your stomach?

A Gas, pain and stuff.

Q It felt like gas?

A It felt like -- it was very painful when it hit in there. There would be shortness of breath and --

Q When did you first start having that feeling?

A The first week in March, around about the second week, somewhere in April. It just --

Q Somewhere around the second week of April,

you started having --

A Somewhere around the beginning of April, the pain -- it would come at each dosage, after each dosage.

Q So every time you took the Baycol, you would get this stomach pain?

A I would get that drop in the stomach, pain, you know.

Q Would you get pains anywhere else?

A Just the stomach.

MR. EZRIN: Object to the form.

BY MR. REDDY:

Q Did you complain to your doctor when you first started having the pain in your stomach?

A I went to the doctor to get a checkup and I explained to him that it was painful in my stomach and it made my urine dark, and I also told him how it was difficult to -- it made me wet the bed, which was embarrassing, and that went on until he took me off of it.

A few weeks after, I was trying to keep from wetting -- it was very painful and it was embarrassing.

Q After you stopped taking Baycol, did you stop wetting the bed?

A I guess it was just routine, where you go there and they do that, draw your blood, get a sample of urine.
Q Is it routine for you to also give the sample of urine?
A I don't always give the urine, but that's their routine. If it was just for glucose, they tested the urine.
Q How often do you give a sample of urine when you go to the doctor?
A Not often. That particular time, he did that.
Q After doing these tests, did the doctor tell you anything about what was happening?
A He didn't tell me.
Q I think earlier you also said you were having trouble turning over?
A I had trouble turning over, very painful.
Q Was that because of the pain in your stomach?
A No, not the stomach, the lower back, back there.
Q *So* you also had pain in your lower back?
A That's where it was when I would get ready to turn over,'yes. I would take the pill, it hit the

stomach, boom. In the night, to turn over was painful.
Q You took the pill and as soon as it hit your stomach, you started getting stomach pain; is that correct?
A Right away.
Q And then at night, when you tried to turn over --
A I would try to get up for bathroom privileges, that's when that kind of pain came on.
Q Where exactly was that pain?
A In the lower back, right there.
Q Was it in the center?
A Not exactly the center, but on one side back there, low.
Q Which side?
A The right side.
Q Was the pain in your back a sharp pain?
A A slow lumbering pain, as if something was moving around.
Q And you would only have that if you tried to turn over?
A During that period of time, when I was taking that pill, you know, when I would get ready to urinate, that's when I would feel it because I had to

# Exhibit C

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE BAYCOL PRODUCTS LITIGATION | : | MDL NO. 1431 (MJD) |
| THIS DOCUMENT RELATES TO: | : | |
| JULIUS HUGHES V. BAYER A.G., ET AL. | : | CASE NO. 02-CV-0058 |

VOLUME V

DEPOSITION OF STEVEN TROBIANI, M.D.

SEPTEMBER 13, 2006

11:10 A.M.

REPORTED BY: HART ERICKSON
ERICKSON COURT REPORTING
2902 KEATING CIRCLE
BURNSVILLE, MINNESOTA 55337
PHONE: 952.890.0265 * FAX: 952.426.2265

STEVEN TROBIANI, M.D.,

a witness in the above-entitled matter, after having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. BARRAD:

Q. Doctor, my name is Catherine Barrad and I represent Bayer Corporation.

Are you here today to testify as to your opinions regarding Julius Hughes?

A. Yes.

Q. Did you prepare a report relating to Julius Hughes?

A. I did.

(Deposition Exhibit Number 31 marked for identification.)

BY MS. BARRAD:

Q. Is that report that you prepared what I have marked as Deposition Exhibit 31?

A. Yes.

Q. Does Deposition Exhibit 31 contain all of your opinions that you're prepared to give today relating to Julius Hughes?

A. Yes.

Hughes took Baycol?

A. It's my opinion he took it between March of 2001 and August of 2001.

Q. Do you have an opinion as to what day he started taking Baycol in March 2001?

A. No.

Q. Do you have an opinion as to what day he stopped taking Baycol in August of 2001?

A. August 24, apparently.

Q. So it's your opinion that he took Baycol from sometime in March 2001 until August 24, 2001; is that correct?

A. Yes.

Q. Do you have an opinion as to whether or not Julius Hughes suffered an injury due to his use of Baycol?

A. Yes.

Q. What is that opinion?

A. It's my opinion that he suffered from myalgia secondary to the use of Baycol.

Q. And I believe earlier in your deposition you testified that myalgia means muscle pain; is that correct?

A. Yes.

Q. And it does not include muscle weakness, correct?

(Deposition Exhibit Number 33 marked for identification.)

BY MS. BARRAD:

Q. I've marked as Exhibit 33 a medical record dated August 24, 2001, relating to Julius Hughes. Is this the record to which you were referring?

A. Yes, it is.

Q. Is there anything other than this medical record that constitutes the claim of injury in his medical record?

A. No.

Q. What is your understanding of what you mean by "lower back pain for one week with turning over"?

A. It's my understanding that primarily when he would turn over in bed, he had pain in his lower back and that had been persisting for a week.

Q. Is it your understanding that the pain in his lower back occurred at any time other than when he was turning over in bed?

A. I don't have any understanding other than that.

Q. So your opinion relating to his lower back pain is that it occurred when he was in bed and would turn over, but that you have no opinion as to whether he had lower back pain at any other time; is that correct?

A. Okay.
Q. Is there anything in this medical record that suggests that he was suffering from lower back pain?
A. No.
Q. So it's your opinion that he was not suffering from lower back pain as of June 12, 2001, correct?
A. Not that I can tell here.
Q. And in fact, you don't have any opinion that he was suffering from lower back pain before approximately August 17, 2001, correct?
A. Correct.
Q. How long did Mr. Hughes's lower back pain last?
MS. FLAHERTY: Object to the form. I think it's been asked and answered, but go ahead.
MS. BARRAD: Let me restate the question.
BY MS. BARRAD:
Q. For how long after August 24, 2001, did Mr. Hughes suffer from lower back pain?
A. I don't know. It does not appear to have been long. The indication is the back pain was gone as soon as the medication was discontinued.
Q. And you previously testified that Mr. Hughes stopped taking Baycol as of August 24, 2001,

correct?
A. Yes.
Q. So it's your opinion that his lower back pain stopped shortly after he stopped taking the medication on August 24, 2001, correct?
A. Yes.
Q. You're not offering any opinion that Mr. Hughes was restricted in any way in his physical activities due to his lower back pain, are you?
A. No.
Q. You're not offering any opinion that Mr. Hughes suffered from any other Baycol-related injury other than lower back pain; is that correct?
A. That's correct.
Q. Is it your opinion that Julius Hughes had dark urine as a result of using Baycol?
A. No.
Q. Why do you say that?
A. Well, if Baycol were the cause for dark urine, the urine would have been dark because of the presence of myoglobin. One, a urine analysis was performed which did not show the evidence of myoglobin, and two, a CK level was also drawn, which was normal. So he clearly did not have an elevation in CK which would have lead to the development of

myoglobinuria, and the dark urine consequently has nothing to do with the ingestion of Baycol.
Q. So your opinion is that his dark urine was caused by something other than Baycol, correct?
A. Dehydration would be all that would be necessary for that.
Q. Paragraph 6 e. of your report, Deposition Exhibit 31, reads, "The described injury did not grow worse after Baycol was removed. The lower back pain did, in fact, improve."
And you have stated it's your opinion that his lower back pain improved upon stoppage of the medication, correct?
A. Yes.
Q. Do you have any opinion that Mr. Hughes suffered pain anywhere other than in his lower back?
A. No.
Q. And you're not offering the opinion that he suffered from rhabdomyolysis in August of 2001, correct?
A. No. Well, let me clarify that. Yes, that's correct. No, I am not offering that opinion.
Q. Thank you. Is it your opinion that the treating physician discontinued the use of Baycol because of Mr. Hughes's lower back pain?

correct?

MS. FLAHERTY: Object to the form.

A. Because of both the complaint of dark urine and the lower back pain, and clearly, he didn't have any other choice at the time. I think he would have been clearer about stating that he didn't think there was any possibility of adverse effects from Baycol if he felt that, and there is no such statement in the record. In fact, the record would lead one to interpret it quite to the contrary.

BY MS. BARRAD:

Q. You're not offering an opinion that Julius Hughes suffered from dizziness as a result of his use of Baycol, correct?

A. No, I am not offering that opinion.

Q. And you're also not offering an opinion that he suffered from pain in his stomach due to Baycol, correct?

A. I am not offering that opinion.

Q. And you're not offering an opinion that he suffered from gas pains due to his use of Baycol, correct?

A. That's correct.

Q. And you're not offering an opinion that he

suffered of shortness of breath due a Baycol; is that correct?
A. That's correct.
Q. And you're not offering an opinion that he suffered from a condition in which he wet the bed at night due to his use of Baycol; is that correct?
A. That's correct.
Q. Are you offering any opinion that Julius Hughes has any permanent injury as a result of Baycol?
A. No, I am not.
Q. Are you offering any opinion that Julius Hughes had any documented CK elevations while on Baycol?
A. No, I am not.
Q. Based upon the records that you reviewed, was Baycol effective in reducing his cholesterol?
A. Yes.
Q. And therefore, his use of cholesterol (sic) reduced his risk of heart attack and stroke; is that correct?
MS. FLAHERTY: Object to the form.
A. The use of any drug which would lower cholesterol would reduce his risk of stroke and heart attack, so yes.

BY MS. BARRAD:

Q. Are you offering any opinion that Julius Hughes is not an appropriate candidate for statin therapy?

MS. FLAHERTY: Object to the form.

A. Same opinion as I expressed before. Before statin therapy is instituted, the NIH protocol is six weeks of diet and exercise followed by six weeks of plant sterols. I don't have any indication that either was tried before the drugs were implemented.

BY MS. BARRAD:

Q. Is there anything about Mr. Hughes's medical history or condition that would suggest that he should not have been on a statin medication?

A. No.

Q. Are you offering an opinion that Julius Hughes requires ongoing medical follow-up for any Baycol-related injury?

A. No.

Q. Are you offering any opinion that Mr. Hughes is at risk of developing a Baycol-related injury sometime in the future?

A. No.

MS. BARRAD: GSK, do you have any questions?