**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | Court File No. 02-0058 |
| *Julius Hughes, et al. v. Bayer Corporation, et al.* | |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Kevin L. Thomason, certify that Plaintiff's Memorandum of Law in Opposition to Defendants' for summary Judgment and non-opposition to Defendant's Motion to Deny Class Certification complies with Local Rule 7.1(c).

I further certify that Microsoft Office Word 2003 was used in preparation of this memorandum, and that this word processing program has been applied specifically to include all test, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 4,058 words.

Dated: January 25, 2008

AUDET & PARTNERS, LLP

/signature on file/

Kevin L. Thomason
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff*