**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| | Court File No. 03-0058 |
| Julius Hughes, Plaintiff v. Bayer AG, et al., Defendants. | **AFFIDAVIT OF KEVIN L. THOMASON IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN FRANCISCO )

Kevin L. Thomason, being duly sworn upon oath, deposes and states as follows:

1. That I am one of the attorneys representing Plaintiff Julius Hughes in the above-referenced matter.

2. Attached hereto as Exhibit A is a true and correct copy of Julius M. Hughes Plaintiff Fact Sheet dated April 3, 2002.

3. Attached hereto as Exhibit B is a true and correct copy of related excerpts from the Deposition of Julius McClinton Hughes dated May 15, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of a Case Specific Expert Report Pursuant to PTO 114 by Dr. Steven Trobiani dated May 25, 2004.

5. Attached hereto as Exhibit D is a true and correct copy of related excerpts from the Deposition of Dr. Steven Trobiani dated September 13, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of related excerpts from the Deposition of Dr. Raymond Jing dated July 19, 2006.

7. Attached hereto as Exhibit F is a true and correct copy of related excerpts from the Deposition of Dr. Daniel M. Rovner dated January 19, 2007.

8. Attached hereto as Exhibit G is a true and correct copy of related excerpts from the Deposition of Josue Bencito dated July 31, 2006.

9. Attached hereto as Exhibit H is a true and correct copy of related excerpts from the Deposition of Ross Delmendo dated July 12, 2006

10. Attached hereto as Exhibit I is a true and correct copy of related excerpts from the Deposition of Christine Hughes dated June 30, 2006.

Kevin L. Thomason

Subscribed and sworn to before me
this 25th day of January, 2008.

Kathleen C. McConnell

Notary Public
My Commission Expires on May 30, 2010

**State of California County of**
San Francisco
**Subscribed and sworn to (or affirmed)**
**Before me on this** 25th **day of** January **20**08, **by**
Kevin L. Thomason
**~~personally Known to me or~~ proved to me on the basis of satisfactory evidence to be the person~~(s)~~ who appeared before me.**

**Signature** Kathleen C. McConnell

**(Seal)**

KATHLEEN C. MC CONNELL
Commission # 1671404
Notary Public - California
San Francisco County
My Comm. Expires May 30, 2010