# EXHIBIT A

CONFIDENTIAL

**IN RE: BAYCOL LITIGATION**
**MDL No. 1431**

## PLAINTIFF'S FACT SHEET

Each Plaintiff who used Baycol must complete this Fact Sheet. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You may and should consult with your attorney if you have any questions regarding the completion of this form.

If you are completing the form for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person. You may attach as many sheets of paper as necessary to answer these questions.

## I. Case Information

A. Please state the following for the civil action that you filed:

1. Case caption: Hughes v. Bayer, A.G., et al.

2. Civil Action No: No. 02-58

3. Court in which action was originally filed: D. Minn.

4. Name, address, telephone number, fax number and e-mail address of principal attorney representing you:

William M. Audet
Name
ALEXANDER, HAWES & AUDET, LLP
Firm
152 North Third Street, Suite 600
Street Address
San Jose, CA 95112
City, State and Zip Code
(408) 289-1776 (408) 287-1776
Telephone Number Fax Number
waudet@alexanderlaw.com
E-mail address

B. If you are completing this Fact Sheet in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:

1. Your name: N/A

2. Address: N/A

CONFIDENTIAL

3. In what capacity are you representing the person? N/A

4. If a court appointed you to act on behalf of the estate of the deceased person or minor, state the court and date of appointment: N/A

5. Your relationship to deceased or represented person: N/A

6. If you represent a decedent's estate, state the date of decedent's death: N/A

**The remainder of this Fact Sheet requests information about the person who used the Baycol. If you are completing this Fact Sheet for someone else, please assume that "you" means the person who used Baycol.**

## II. Personal Information

A. Name: Julius M. Hughes

B. Have you ever used any other names and, if so, when: No

C. Current Address: 5707 7th Avenue, Los Angeles, CA 90093

D. How long have you been living at this address? Since 1972

E. List any prior addresses during the last ten (10) years and the dates when you lived at those addresses. If you cannot recall all of the details regarding those addresses, please provide as much information as you can. N/A

F. Social Security Number: 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

G. Date and place of birth: Hayti MO 11/27/32

H. Sex: Male X Female ____

I. Marital Status: Married

J. If applicable, name of current spouse and date of marriage: August 5, 1958 Christine Hughes

CONFIDENTIAL

K. If applicable, name of former spouse(s) and date(s) of marriage within the last ten (10) years: N/A

L. Name(s) of children and date(s) of birth, if applicable:
Gregory Hughes 12-22-59
Terry Hughes 2-16-70
Joyce Birkhoffer 1/21/53

M. Current employer:

Name: Retired
Address:
Job Duties:
Job Title:
Dates Employed:
Full-time or Part-time:
Name of Supervisor:

Are you making a claim for lost wages or lost earning capacity? ____ Yes _X_ No

N. Please complete the following information regarding any employers (other than your current employer) that you have had in the last ten (10) years: Retired (16 years)

1. Name: N/A
Address:
Job Duties:
Job Title:
Dates Employed:
Full-time or Part-time:
Reason for Leaving:
Name of Supervisor:

2. Name: N/A
Address:
Job Duties:
Job Title:
Dates Employed:
Full-time or Part-time:
Reason for Leaving:
Name of Supervisor:

CONFIDENTIAL

O. Please provide the following information about your education:

1. High School

Name: Rounds Township, IL
Address: Rounds Township IL
Grade completed: 1
Year graduated: May 1951

2. Did you attend school beyond high school? _____ Yes _X_ No

If "yes," please complete the following for each school that you attended after high school:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or primary field |
|---|---|---|---|---|
| | | | | |
| | | | | |

P. Have you used a computer at any time during the past five (5) years?
_____ Yes _X_ No

If "yes," please complete the following:

1. Did you have e-mail? _____ Yes _____ No

2. Did you have internet access? _____ Yes _____ No

3. Have you ever visited any website containing information regarding Baycol, statins or the treatment of high cholesterol or high triglycerides?

_____ Yes _____ No _____ I don't know

4. Have you ever visited any chat rooms where Baycol, statins, or the treatment of high cholesterol or high triglycerides was discussed?

_____ Yes _____ No _____ I don't know

5. Have you ever communicated via e-mail or chat room about Baycol, statins or the treatment of high cholesterol or high triglycerides?

_____ Yes _____ No _____ I don't know

CONFIDENTIAL

Q. Has any insurance or other company provided medical coverage to you or paid medical bills on your behalf in the ten (10) years before you took Baycol through the present?

_X_ Yes _____ No

If "yes, please complete the following:

| Name of Company | Address |
|---|---|
| Secure Horizon | P.O. Box 489, Cypress CA 90630 |
| | |
| | |

R. Have you applied for worker's compensation, social security, or state or federal disability benefits in the past ten (10) years?

_____ Yes _X_ No

If "yes," please complete the following for each application. If you cannot recall all of the details regarding such application(s), please provide as much information as you can.

1. Date (or year) of application: N/A
2. Type of benefits:
3. Amount awarded:
4. Basis of your claim:
5. If denied, reason for denial:
6. To what agency or company you submitted your application (*e.g.*, Pennsylvania Division of Social Security):

S. Were you ever rejected or discharged from military service for any reason relating to your health or physical condition?

_X_ Yes _____ No

If "yes," then state the reason for the health-related rejection or discharge and when this happened.

Flat feet

T. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury, illness or physical harm?

_X_ Yes _____ No

CONFIDENTIAL

If "yes," please state the court in which the lawsuit was brought and the civil action or docket number assigned to each such claim, action, or lawsuit. If you cannot recall all of the details, please provide as much information as you can.

Workers compensation in 1985

## III. Your Health Care Providers

A. Please provide the following information for each doctor, clinic or healthcare provider that you have seen or who has treated you during the last ten (10) years. If you cannot recall all of the details regarding the healthcare providers that you have seen, please provide as much information as you can.

1. Name: Dr. Zucker
   Specialty, if any: Internal medicine
   Address: 4455 W. 117th St., Hawthorne CA
   Phone:
   Reason(s) for visit(s): General practice

   Medications prescribed or recommended:

2. Name: Dr. Raymond Jing
   Specialty, if any: Internal medicine
   Address: 4314 Slausen Avenue, Los Angeles 90250
   Phone: (213) 293-7171
   Reason(s) for visit(s): Annual check up

   Medications prescribed or recommended: Baycol

3. Name:
   Specialty, if any:
   Address:
   Phone:
   Reason(s) for visit(s):

   Medications prescribed or recommended:

4. Name:
   Specialty, if any:
   Address:
   Phone:
   Reason(s) for visit(s):

   Medications prescribed or recommended:

CONFIDENTIAL

5. Name:____________________
Specialty, if any:____________________
Address:____________________
Phone:____________________
Reason(s) for visit(s):____________________
Medications prescribed or recommended:____________________

6. Name:____________________
Specialty, if any:____________________
Address:____________________
Phone:____________________
Reason(s) for visit(s):____________________
Medications prescribed or recommended:____________________

7. Name:____________________
Specialty, if any:____________________
Address:____________________
Phone:____________________
Reason(s) for visit(s):____________________
Medications prescribed or recommended:____________________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

## IV. Your Medical Background

A. Height: 6 ½

B. Current Weight: 194

C. Your Smoking History

1. Never smoked cigarettes Never smoked

2. Past smoker of cigarettes N/A
Date on which smoking ceased ______
Amount smoked: _____ packs per day for _____ years

3. Current smoker of cigarettes N/A
Amount smoked: _____ packs per day for _____ years

CONFIDENTIAL

4. Have you ever used any other form of tobacco (snuff, dipping, cigars)?

_____ Yes _X_ No ______ I don't know

If "yes," please identify:

a. What form: N/A
b. Dates of use: ______
c. Amount of use: ______

D. Alcohol Consumption

On average, how much alcohol do you drink?

_X_ None
_____ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 10 or more drinks per week

E. Please provide the following information for each hospitalization that you have had during the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of hospital: Centinela Hospital
Address: 555 E. Hardy St., Inglewood CA 90301 (Hawthorne office)
Phone: ______
Reason(s) for hospitalization(s): ______
Reaction to Baycol; in bed 2 days

2. Name of hospital: ______
Address: ______
Phone: ______
Reason(s) for hospitalization(s): ______

3. Name of hospital: ______
Address: ______
Phone: ______
Reason(s) for hospitalization(s): ______

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

CONFIDENTIAL

F. Please complete the following information for each surgery that you had in the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of operation: N/A
Name of surgeon:
Address of surgeon:
Reason for surgery:

2. Name of operation:
Name of surgeon:
Address of surgeon:
Reason for surgery:

3. Name of operation:
Name of surgeon:
Address of surgeon:
Reason for surgery:

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

G. If you have ever consulted a doctor, clinic or other healthcare provider concerning any kidney condition, illness or disease including kidney failure, polynephritis, nephrosclerosis, kidney stones, proteinuria or hematuria (blood in the urine), please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: N/A
Address:
Date:
Diagnosis:
Treatment:
Medications:
Did condition resolve?
Current status of condition:

H. If you have ever consulted a doctor, clinic or other healthcare provider concerning any liver condition, illness or disease including but not limited to hepatitis, cirrhosis or fatty liver, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: N/A
Address:
Date:
Diagnosis:
Treatment:
Medications:
Did condition resolve?

CONFIDENTIAL

Current status of condition:__________________________

I. If you have ever consulted a doctor, clinic or other healthcare provider about any musculoskeletal condition or disease including muscle pain or weakness, extreme fatigue, myopathy, polymyositis, fibromyalgia, arthritis, tendonitis, or other muscle related concerns or problems, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: N/A
Address:__________________________
Date:__________________________
Diagnosis:__________________________
Treatment:__________________________
Medications:__________________________
Did condition resolve?__________________________
Current status of condition:__________________________

J. Have you had any of the following tests or procedures in the past ten (10) years?

| **Test/ Procedure** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| Creatine kinase (CK)/ Creatine phosphokinase (CPK) | | X | |
| EMG/Nerve conduction Studies | | X | |
| Cystoscopy | | X | |
| Liver biopsy | | X | |
| Other diagnostic test(s) or imaging of the kidneys, liver or muscles | | X | |

If "yes," please complete the following. If you cannot remember all of the details, please list as much information as you can.

a. Type of test: N/A
b. Date administered:__________________________
c. Reason for test:__________________________
d. Facility name and address:__________________________
e. Ordering doctor:__________________________
f. Results/diagnosis:__________________________
g. Treatment:__________________________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

K. Have you been tested for any of the following in the last ten (10) years:

| **Condition** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| Diabetes | X | | |
| Atherosclerosis | | | |

CONFIDENTIAL

| **Condition** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| Myocardial infarction/ heart attack | | X | |
| Abnormal heart rhythm | | X | |
| Congestive heart failure | | X | |
| Angina | | X | |
| Thyroid disorder | | X | |
| Autoimmune disease | | X | |

If you responded "yes" to any of the above, complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

a. Type of condition and date of testing: N/A
Testing doctor:
Treatment:

b. Type of condition and date of testing: N/A
Testing doctor:
Treatment:

c. Type of condition and date of testing: N/A
Testing doctor:
Treatment:

L. Have you ever been diagnosed as having:

| **Condition** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| High cholesterol | | | X |
| Elevated trigylcerides | | X | |
| Hypertension/high blood pressure | X | | |
| Obesity | | X | |
| Diabetes | X | | |
| Thyroid disorder | | X | |
| Autoimmune disease | | X | |
| Abnormal heart rhythm | | X | |
| Congestive heart failure | | X | |
| Angina | | X | |
| Myocardial infarction | | X | |
| Atherosclerosis | | X | |

If you responded "yes" to any of the above, please complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

CONFIDENTIAL

a. Condition and date of diagnosis: Hypertension
Name of diagnosing doctor: Dr. Jing
Treatment: Placed on Lotensid Paxil

b. Condition and date of diagnosis: Diabetes
Diagnosing doctor: Dr. Jing
Treatment: Glucophage

c. Condition and date of diagnosis: ______
Diagnosing doctor: ______
Treatment: ______

## V. Baycol

A. Have you ever taken Baycol? _X_ Yes ____ No

If "yes," then complete the following:

| Dates of use | Dosage | Prescribed by (name and address) | Dispensing pharmacy (name and address) |
|---|---|---|---|
| 3/99 - 8/99 | 0.4mg | Dr. Jing | Axminster Pharmacy 4324 W. Slausen |
| | | | |
| | | | |

B. Were you given any **written** instructions, warnings or other information regarding your use of Baycol?

____ Yes _X_ No ____ I don't know

1. If "yes," when did you receive the information? N/A

2. Who gave you the information? N/A

3. If you no longer have the written information in your possession, please describe the written information that you received to the best of your ability. N/A

C. Were you ever given any **oral** instructions, warnings or other information regarding your use of Baycol?

____ Yes _X_ No ____ I don't know

1. If "yes," when did you receive them? N/A

CONFIDENTIAL

2. Who gave them to you? N/A

3. Please describe the oral instructions you received to the best of your ability. N/A

D. Please list any prescription or over-the-counter drug, any dietary supplement, vitamin, or herbal remedy that you were taking at the same time you were taking Baycol.

| Name of Drug | Date(s) Taken | Prescribing Doctor | Name and Address of Pharmacy Where Obtained |
|---|---|---|---|
| Glucophage | daily | Dr. Jing | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VI. Physical Injuries, Illness and Damages

A. If you are making a claim for physical injuries or illness from taking Baycol, please describe the following:

1. Nature of physical injuries or illness: Heart, kidneys

2. The date that you first became aware of the physical injuries or illness: around May 1999

3. How you first became aware of the physical injuries or illness: pain in lower back; painful; kidney problems; dizzy; fainting sick; shortening of breath

4. Whether those injuries or illnesses are continuing:

Did you see a doctor, clinic or other healthcare provider for the physical injuries or illness listed above?

X Yes ___ No ___ I don't know

If "yes," please complete the following for each healthcare provider:

a. Name: Dr. Jing
b. Address: Hawthorne office

CONFIDENTIAL

c. Date of first consultation with that healthcare provider: around August

d. Date of last consultation: around August

e. Do you plan to continue to consult with that healthcare provider? ____Yes ___No

B. Have you had any discussions with any doctor or other healthcare provider about whether Baycol contributed to your physical injuries or illness?

_X_ Yes _____ No

If "yes," provide the doctor's or healthcare provider's name and address, and the date of that discussion. Around August; same as above

C. If you are making claims for out-of-pocket expenses as a result of taking Baycol, please complete the following:

1. For what: ____

2. Amount of fees or expenses: ____

3. Person or company paid or to be paid: ____

D. If you are making a claim for emotional distress or psychological injuries, please complete the Supplemental Fact Sheet for Claims of Emotional Distress and Psychological Injuries and Harm.

E. Are there persons (other than those already identified in this Fact Sheet) whom you believe are witnesses to your claimed injuries or damages? If yes, please provide their name(s) and address(es):

1. ____
2. ____
3. ____
4. ____
5. ____

## VII. Other Medications

Have you taken any of the following medications during the past ten (10) years? If you cannot recall all of the details requested, please provide as much information as you can.

CONFIDENTIAL

| Drug | Yes | No | I don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| **CHOLESTEROL-LOWERING DRUGS** | | | | | |
| Lescol [Fluvastatin] | X | | | 8-99 | Axminster |
| Lipitor [Atorvastatin] | | | | | |
| Mevacor [Lovastatin] | | | | | |
| Pravachol [Pravastatin] | | | | | |
| Zocor [Simvastatin] | | | | | |
| Niacin [Vitamin B3] | | | | | |
| LoCholest [Cholestyramine] | | | | | |
| Questran [Cholestyramine] | | | | | |
| Prevalite [Cholestyramine] | | | | | |
| **TRIGLYCERIDE-LOWERING DRUGS** | | | | | |
| Lopid [Gemfibrozil] | | | | | |
| Tricor [Femofibrate] | | | | | |
| Bezafibrate | | | | | |
| Ciprofibrate | | | | | |
| **ANTI-INFECTIVE DRUGS** | | | | | |
| Diflucan [Fluconazole] | | | | | |
| Erythrocin & Others [Erythromycin] | | | | | |
| Flagyl [Metronidazole] | | | | | |
| Nizoral [Ketoconazole] | | | | | |
| Sporanox [Itraconazole] | | | | | |
| **IMMUNO-SUPPRESSIVE DRUGS** | | | | | |
| Neoral [Cyclosporine] | | | | | |
| Sandimmune [Cyclosporine] | | | | | |
| **OTHER** | | | | | |
| Anticoagulants | | | | | |
| Heart Drugs | | | | | |
| Thyroid Medications | | | | | |
| Other | | | | | |

CONFIDENTIAL

## VIII. Family History

A. To the best of your knowledge have any of your children, parents, grandparents or siblings had diabetes, any type of kidney or liver disease, or any type of muscle disorder?

_____ Yes _X_ No _____ I don't know

B. If "yes," please complete the following:

Relative's name: N/A
Relationship to you:
Type of health problem:
Date and cause of death, if applicable:

Relative's name:
Relationship to you:
Type of health problem:
Date and cause of death, if applicable:

Relative's name:
Relationship to you:
Type of health problem:
Date and cause of death, if applicable:

Relative's name:
Relationship to you:
Type of health problem:
Date and cause of death, if applicable:

## IX. Documents

Please provide a copy of all of your documents and things which fall into the categories listed below. This includes documents and things in your personal possession, as well as items being held for you by another person, including your lawyer or any relative.

1. A copy of all medical records (excluding psychiatric or psychological records) from any physician, hospital, clinic, healthcare provider or pharmacy that treated you, or filled your prescriptions, in the last ten (10) years.

2. If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

3. All instructions, product warnings, package inserts, advertising materials, pamphlets, magazine or newspaper articles, internet information, promotional materials, any documents or materials from defendants, or pharmacy handouts that you have regarding Baycol.

CONFIDENTIAL

4. Copies of the entire packaging, including the bottle, box and label for the Baycol you allege caused you injury and any remaining medication.

5. If you are claiming lost wages or a loss of earning capacity, your federal tax returns for each of the last five (5) years.

6. If you claim any loss from medical expenses, copies of all bills for which you are seeking reimbursement from any physician, hospital, pharmacy or other health care provider.

7. Copies of letters testamentary or letters of administration relating to your status as plaintiff.

8. Decedent's death certificate (if applicable).

9. All documents of any kind related to other drugs that you took at the same time you were taking Baycol.

## X. Authorizations

Complete and sign the attached Authorization for Release of Medical Records (No Psychological Injuries Claimed), and attached Authorization for Release of Employment and Unemployment Records (No Psychological Injuries Claimed).

If you have filed a Workers' Compensation or Social Security disability claim, please complete and sign the attached Authorization for Release of Workers' Compensation and Social Security Records.

## XI. Declaration

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part IX of this Plaintiff's Fact Sheet, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

4-3-02 — Dated

Julius M. Hughes — Signature

4. Copies of the entire packaging, including the bottle, box and label for the Baycol you allege caused you injury and any remaining medication.

5. If you are claiming lost wages or a loss of earning capacity, your federal tax returns for each of the last five (5) years.

6. If you claim any loss from medical expenses, copies of all bills for which you are seeking reimbursement from any physician, hospital, pharmacy or other health care provider.

7. Copies of letters testamentary or letters of administration relating to your status as plaintiff.

8. Decedent's death certificate (if applicable).

9. All documents of any kind related to other drugs that you took at the same time you were taking Baycol.

## X. Authorizations

Complete and sign the attached Authorization for Release of Medical Records (No Psychological Injuries Claimed), and attached Authorization for Release of Employment and Unemployment Records (No Psychological Injuries Claimed).

If you have filed a Workers' Compensation or Social Security disability claim, please complete and sign the attached Authorization for Release of Workers' Compensation and Social Security Records.

## XI. Declaration

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part IX of this Plaintiff's Fact Sheet, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

4-3-02 — Julius M. Hughes

Dated — Signature