# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | ) MDL No. 1431<br>) (MJD) |
| THIS DOCUMENT RELATES TO: | ) Case No. 02-0058 |
| Julius Hughes et al.<br>v. Bayer Corp, et al. | ) |

DEPOSITION OF JULIUS McCLINTON HUGHES

LOS ANGELES, CALIFORNIA

MAY 15, 2006

Reported by Joyce A. Griffith, CSR 11010

military and been rejected?
A I was rejected, if that's the word.
Q Why were you rejected?
MR. EZRIN: Object to the form.
THE WITNESS: I had flat feet.
BY MR. REDDY:
Q Does anyone in your family have a medical degree?
A Degree?
Q Correct.
A No.
Q Does anyone in your family work in the medical profession?
A No, not that I recall.
Q Is anyone in your family a lawyer?
A No.
Q Does anyone in your family work in the legal profession?
A I have one niece in Portland.
Q What does your niece in Portland do?
A She assists a lawyer back there.
Q Have you discussed your use of Baycol with your niece in Portland?
MR. EZRIN: Object to the form.
THE WITNESS: Never.

BY MR. REDDY:

Q Have you discussed this lawsuit with your niece in Portland?

A Never.

Q What are your hobbies, sir?

A Reading, singing and writing.

Q What kind of books do you read?

A Just about any kind.

Q Are you partial to fiction or nonfiction?

A Either way.

Q And you said that you enjoy writing?

A Yes.

Q What do you write?

A Just for pleasure.

Q What sorts of things do you write?

MR. EZRIN: Again, object to form.

THE WITNESS: Nothing special, just I enjoy writing things concerning life in general.

BY MR. REDDY:

Q Have you written anything about your use of Baycol?

A Never.

Q I think you also said you enjoy singing?

A Singing, yes.

Q Do you sing with a church or something like

that?

A Jazz, blues I sing.

Q How long have you been singing jazz and blues?

A About fifty years.

Q Do you exercise, sir?

A Oh, yes.

Q What do you do for exercise?

A Lots of leg and shoulder exercises.

Q What sort of leg and shoulder exercises do you do?

A Treadmill, lots of walking.

Q Do you have a gym membership?

A No, this is all personal, home.

Q Do you have a treadmill in your home?

A Yes.

Q Other than the treadmill and the walking, do you do any other leg exercises?

A No.

Q Do you work out with weights for your legs?

A Occasionally.

Q Is that also at home?

A It's at home, yeah.

Q How often would you say you use your treadmill?

Q Was your routine ever different?
MR. EZRIN: Object to the form.
THE WITNESS: No, never different.
BY MR. REDDY:
Q So you have been doing the same routine for how long?
A About three years now.
Q Prior to those three years, so more than three years ago, what did you used to do for exercise?
A Prior to this, I didn't have a routine.
Q What made you start exercising in this routine?
MR. EZRIN: Object to the form.
THE WITNESS: Well, I was pretty sick. I needed to be built up again, so I got at it right after he pulled me off of the Baycol.
BY MR. REDDY:
Q So you started exercising only after you had taken Baycol?
A Exactly.
Q Did the doctor tell you to start exercising after taking Baycol?
A Indirectly.
Q Which doctor is this?

A Jing, Raymond Jing.
Q When you say "indirectly," what do you mean?
A He didn't come out and say, per se, but he asked me, "Do you exercise," so I said "Yes."
Q Did he tell you to exercise more?
A He said, "Keep it up."
Q Have you ever smoked, sir?
A Never smoked.
Q Do you drink alcohol?
A I'm not a drinker.
Q Has your doctor ever told you to change your diet?
A Yes.
Q Which doctor told you to change your diet?
A The same one, Raymond Jing.
Q What did Dr. Jing tell you in terms of changing your diet?
A Stick with your diet. I had a good routine, stick with it.
Q What is your routine?
A Lots of vegetables, and baked meats instead of fried.
Q Other than telling you to stick with what you've been doing, did he recommend doing anything

else?

A No.

Q Has any doctor ever told you to drink more water?

A No.

Q Has any doctor ever told you to drink less water?

A No, not that I recall.

Q Have you ever been convicted of a felony?

A No.

Q Are you currently employed?

A Am I currently what?

Q Employed.

A I'm retired.

Q When did you last work?

A I last worked in 1999.

Q What did you do?

A Security guard.

Q Where did you work?

A KNBC lobby at Burbank.

Q How long did you work there?

A Two and a half years.

Q Prior to being a security guard at KNBC lobby, what did you do before that?

A Security at A and M Records.

prescriptions?

A Yes.

Q At any time in your life have you ever been hospitalized?

A One time -- twice.

Q Twice?

A Yes.

Q When was the first time you were hospitalized?

A In 1976.

Q What happened?

A Double hernia.

Q Did the doctor recommend anything to fix that?

A I had an operation.

Q Do you remember who the surgeon was?

A Dr. Groves.

Q Do you remember what the hospital was that you had this at?

A Good Sam.

Q Good Samaritan?

A Yeah.

Q What's the other time? You said that you had been hospitalized two times.

A I had an eye operation in 1999 for cataract.

Q Do you remember who the surgeon was?
A Dr. Boyer.
Q Do you remember which hospital that was in?
A Good Sam, Good Samaritan.
Q After your eye operation in 1999, did your vision improve?
A Did what?
Q Did your vision improve?
A Slightly.
Q Was the operation for both eyes?
A Oh, no, just for one eye, left eye.
Q Other than the two operations that we discussed, the operation for your double hernia and the operation for your cataract, have you ever had any other operations?
A No.
Q Have you ever visited the emergency room in the last ten years?
A I was there once.
Q What happened?
A That was shortly -- I went there after -- they keep you there to see how you're going to turn out, put you in the bed until around 2:00 a.m., and if you look okay, they release you.

Q Why did you go to the emergency room?
A I was concerned about -- my urine was really red and I was really concerned about it, and then I had shortness of breath. I had pain in my lower back. I kept putting it off and finally I went to the emergency, Daniel Freeman.
Q When was this?
A This was in 2001, shortly before he took me off the Baycol in August, somewhere back there.
Q This is sometime before he took you off of the Baycol?
MR. EZRIN: Would you read back the question, please?
(Record read)
THE WITNESS: Yes.
BY MR. REDDY:
Q Do you remember the date?
A I can't recall the date.
Q Do you remember the year?
A 2001, I believe.
Q Did the doctors run any tests on you while you were in the emergency room?
A They did. They ran tests on me.
Q Do you remember who your doctor was?
A I can't recall.

Q Did the doctors discuss any of the test results with you?

A They didn't.

Q And this was at Daniel Freeman, you said?

A Daniel Freeman emergency.

Q Why did you go to Daniel Freeman emergency?

A Pain in my lower back and the dark urine and shortness of breath.

Q Does Good Samaritan have an emergency department?

A I'm not sure.

Q Is Daniel Freeman emergency room the closest hospital to you?

A The closest to me, right, yeah.

Q Did you drive yourself there?

A No, I didn't drive myself there.

Q Who drove you?

A My son drove me.

Q Which son?

A Terry.

Q What time did you arrive at the hospital, do you remember?

A About 6:30 p.m.

Q Do you remember when you left?

A They released me around 2:00 a.m.

Q Did they give you any medicines when they released you?
A They gave me some medicine, but I can't recall what it was.
Q Did they tell you that you should go follow up with Dr. Jing?
A They gave me follow-up instructions.
Q What were those follow-up instructions?
A It was just check with your doctor for follow-up.
Q Did you do that?
A I did.
Q When did you see Dr. Jing after you --
A That I couldn't say. I can't recall that date.
Q Was it the next day?
A It was the next week. That was the weekend that -- it was the next week.
Q You said that it was on the weekend that you --
A The weekend when I went to the emergency, but the next week I had to see him, you know, soon.
Q So you went to the emergency room on a weekend; is that correct?
A I think so, yeah.

Q Do you know whether it was on a Saturday or a Sunday?

A I don't recall.

Q Other than the Rite Aid and Axminster Pharmacy, have you used any other pharmacy in the last ten years?

A No.

MR. REDDY: This would probably be a good time for a quick break.

MR. EZRIN: Yes, we have been going about an hour.

(Recess)

BY MR. REDDY:

Q I think we might have covered this, but I just want to be clear. What medicines do you take currently?

A I'm taking 25 units of insulin, one medicine for the -- similar to the glucophage, the glucose, and I'm taking one for depression.

Q One for depression?

A Yes.

Q What is the one for depression called?

A I can't recall the name of it. It's fairly new to me.

Q Are you taking anything for cholesterol?

A I believe it was Dr. Zucker.

Q Did your doctor tell you what your cholesterol level was?

A They just advised me to be careful and watch what I ate.

Q So when you were first told that you had high cholesterol, they said watch what you eat and be careful?

A Be careful, watch what you eat. I had to monitor that, as well.

Q You had to monitor that?

A Yes.

Q How did you monitor that?

A Watch my diet, stick with the exercise.

Q What exercises did you do?

A The same ones I earlier -- the walking, lots of walking, lots of arm and leg exercise, mainly diet.

Q How did the doctors tell you to change your diet?

A Just watch what I ate.

Q And now you said walking for exercise; is that correct?

A Walking, exactly.

Q How often would you walk for exercise?

A During that time, it was daily, but now it's just three or four times a week.

Q It used to be daily?

A Yes.

Q When did it stop being daily and then change to three or four times a week?

A Just when I found out it would be --

Q Do you know how many months after you had first started doing it?

A Well, Dr. Jing and I were trying to get on a regular routine, three or four times a week, so since I have been with him.

Q So since you have been with Dr. Jing, you have been walking three or four days a week?

A Yes, instead of the habitual thing.

Q Before you saw Dr. Jing, you used to do it daily?

A Daily.

Q Before you saw Dr. Jing, when you used to walk, how long would you walk?

A It was daily, just regular, each day I had to do something like that.

Q For how much time? How much time did you spend doing that?

A I didn't time it. It was just a routine to

go and walk some every day.
Q Did you do a specific route?
A No specific route. If I was at the market, I would do it. Just walk.
Q And then would you also do the arm and leg exercises every day?
A Just walking, I would concentrate on the walking then.
Q So you just did the walking back then?
A Right.
Q Did you do arm and leg exercises, other than walking?
A I didn't concentrate on that. I wanted to get the weight down, so that was my routine then.
Q Were you overweight then?
A Somewhat.
Q Has any doctor ever told you that you were overweight?
A They didn't tell me, per se, that I was overweight, but they just warned me to be careful what I ate and they would weigh me whenever I would go in for checkups.
Q I think you said when you were first told that you had high cholesterol that the doctor told you to watch what you ate and how you exercised; is that

A Sometime later we transferred over to another doctor which is now Dr. Jing.
Q So Dr. Zucker prescribed you this first medicine for high cholesterol?
A He was the first doctor on that cholesterol thing, yeah.
Q And then sometime later, you transferred to Dr. Jing; is that right?
A We took up Dr. Jing as a doctor, primary, and then we worked with him.
Q Did he take you off that medicine?
A I don't know exactly how that's done, but he recommended things according to him, you know, his -- so I don't know how that happens, really.
Q You have taken only three cholesterol-reducing medicines in your life; is that right?
MR. EZRIN: Object to the form.
THE WITNESS: Two and the new one. That's three, yes.
BY MR. REDDY:
Q Have you ever experienced any aches and pains when you were taking this cholesterol-reducing medicine?
MR. EZRIN: Same objection.

THE WITNESS: No.

BY MR. REDDY:

Q Have you ever taken the drug Baycol, sir?

A Yes.

Q When did you take Baycol?

A He prescribed it around March of 2001.

Q How do you remember the date of that so clearly?

A It was very painful from the start, pain to the stomach, you know.

Q Pain to the stomach?

A Yes.

Q Why did the doctor prescribe you Baycol?

A I have no idea.

Q Were you taking any cholesterol-reducing drug when you were taking Baycol?

MR. EZRIN: Object to the form.

THE WITNESS: I'm not sure. There was a cholesterol thing, but I can't recall the name before Baycol.

BY MR. REDDY:

Q So you took a cholesterol drug before Baycol?

A They gave me -- yes.

Q Were you prescribed Baycol for your

cholesterol?

A Dr. Jing did.

Q Do you remember the dosage that you were prescribed?

A Do I remember what?

Q The dosage.

A Baycol was only 4 mg.

Q 4 mg?

A Yes.

Q Was it 0.4?

A I don't remember the point, but I know it was 04 mg.

Q 04 mg?

A Yes.

Q What color was the Baycol pill, do you remember?

A Baycol was white, a little white pill.

Q Did you say a little white pill?

A Little white pill.

Q What time of day were you supposed to take the Baycol pill?

A The evening, before bed.

Q Do you know which pharmacy you used to get your Baycol?

A The same one, Rite Aid, Crenshaw and

Slauson.

Q Did you use Axminster to get your Baycol?

A There was a time when it was closing there, I went to Rite Aid. I may have gotten them at both places.

Q Now, which doctor was it that prescribed you Baycol?

A Dr. Jing closed me out and put me on Baycol.

Q Did Dr. Jing talk to you about the possible side effects of Baycol when he prescribed it for you?

MR. EZRIN: Object to the form.

THE WITNESS: It was only on the brochure. He only said, "This is a new drug. I'm going to try you out on it for a while." I got the brochure from the drugstore.

BY MR. REDDY:

Q He said this is a new drug and we are going to try you out on it for a while?

A Yes.

Q And you got the brochure from the pharmacy?

A They always gave you the brochure in that one.

Q Did you read the brochure for Baycol?

A I sure did.

Q Do you remember what the brochure said?
MR. EZRIN: Object to the form.
THE WITNESS: Not exactly, but it was -- I read it enough to know that it had its ups and downs.
BY MR. REDDY:
Q What were its downs?
MR. EZRIN: Same objection.
THE WITNESS: There were many side effects on there. I can't recall the names.
BY MR. REDDY:
Q But you read the possible side effects?
A I certainly did.
Q Did you discuss the drug with your doctor at any point in time?
MR. EZRIN: Same objection.
THE WITNESS: I didn't get to discuss it with him. I was back there for a checkup and he said, "I'm pulling you off."
BY MR. REDDY:
Q How long did you take Baycol?
A I'd say March 2001 to August.
Q August 2001?
A Uh-huh.
MR. EZRIN: Is that a yes?
THE WITNESS: Yes.

BY MR. REDDY:

Q Do you know whether Baycol reduced your cholesterol?

A There was so much anxiety, I couldn't tell, but --

Q There was anxiety?

A There was a lot of anxiety when taking that stuff.

Q What did you mean there was a lot of anxiety when you were taking that?

A Worrying about the outcome. I knew what it was going to do when it hit the bottom of my stomach. I was reluctant, but I went ahead and took it.

Q What would it do when it hit the bottom of your stomach?

A Gas, pain and stuff.

Q It felt like gas?

A It felt like -- it was very painful when it hit in there. There would be shortness of breath and --

Q When did you first start having that feeling?

A The first week in March, around about the second week, somewhere in April. It just --

Q Somewhere around the second week of April,

you started having --

A Somewhere around the beginning of April, the pain -- it would come at each dosage, after each dosage.

Q So every time you took the Baycol, you would get this stomach pain?

A I would get that drop in the stomach, pain, you know.

Q Would you get pains anywhere else?

A Just the stomach.

MR. EZRIN: Object to the form.

BY MR. REDDY:

Q Did you complain to your doctor when you first started having the pain in your stomach?

A I went to the doctor to get a checkup and I explained to him that it was painful in my stomach and it made my urine dark, and I also told him how it was difficult to -- it made me wet the bed, which was embarrassing, and that went on until he took me off of it.

A few weeks after, I was trying to keep from wetting -- it was very painful and it was embarrassing.

Q After you stopped taking Baycol, did you stop wetting the bed?

A Yes, gradually I got out of that.
Q Gradually you got out of that?
A It gradually faded away, yes.
Q How many months did it take?
A It was several months.
Q Several months?
A Yes.
Q And the stomach pain, did that eventually go away?
A It eventually went away.
Q How long did it take for that to go away?
A There was a period of time that it actually subsided, you know.
Q How long of a period of time?
A I'll say within probably six or eight months, maybe a year, that things went back to normal.
Q Now, what did your doctor do when you told him that you were getting these pains in the stomach?
A He told me, "Don't stop taking it. Stay with it. It's going to do you some good." And I said, "But it's painful."
Q Did you also complain about wetting the bed to your doctor?
A I complained about my urine. I was

embarrassed to tell him about the wetting the bed, but I told him about the urine, how dark it was, and the pain that was in my -- it was painful if I turned over. It felt like something was moving around in the lower part of my back.

Q Now, you said that you complained how dark your urine was?

A The urine and the trying to turn over to the left, and it was a movement.

Q Now, focusing for a moment just on the urine, what color was your urine?

A It was dark originally, really dark.

Q Did the doctor ask for a urine sample?

A They took samples.

Q When did you first start complaining about the dark urine to your doctor?

A Between March and July.

Q Of 2001?

A 2001, I'm thinking between March and August of 2001.

Q Do you remember specifically in that time period when you first started complaining about the dark urine?

A I had an appointment coming up in August. I went to that appointment, complained again, and that's

when he took me off it. He said, "We are going to discontinue it."

Q When did he discontinue it?

A He must have discontinued it in August. I didn't get another prescription for it. It was in August 2001.

Q When the doctor gave you a prescription, did the doctor run any tests on it?

A They also sent me to the lab there, and I don't remember what the outcome was on that.

Q Did the doctor discuss your urine lab results with you?

A Not that I recall.

Q When you complained of the dark urine to your doctor, did the doctor run any other tests?

A A general checkup. They ran a test, a urine test, and that was it.

Q Did the doctor draw any blood?

A They drew blood, yes.

Q So do you know if the doctor did a blood test?

A That's what they were drawing blood for, a test, and urine in the same room.

Q Do you know what blood test was done for you?

A I guess it was just routine, where you go there and they do that, draw your blood, get a sample of urine.

Q Is it routine for you to also give the sample of urine?

A I don't always give the urine, but that's their routine. If it was just for glucose, they tested the urine.

Q How often do you give a sample of urine when you go to the doctor?

A Not often. That particular time, he did that.

Q After doing these tests, did the doctor tell you anything about what was happening?

A He didn't tell me.

Q I think earlier you also said you were having trouble turning over?

A I had trouble turning over, very painful.

Q Was that because of the pain in your stomach?

A No, not the stomach, the lower back, back there.

Q So you also had pain in your lower back?

A That's where it was when I would get ready to turn over, yes. I would take the pill, it hit the

stomach, boom. In the night, to turn over was painful.

Q You took the pill and as soon as it hit your stomach, you started getting stomach pain; is that correct?

A Right away.

Q And then at night, when you tried to turn over --

A I would try to get up for bathroom privileges, that's when that kind of pain came on.

Q Where exactly was that pain?

A In the lower back, right there.

Q Was it in the center?

A Not exactly the center, but on one side back there, low.

Q Which side?

A The right side.

Q Was the pain in your back a sharp pain?

A A slow lumbering pain, as if something was moving around.

Q And you would only have that if you tried to turn over?

A During that period of time, when I was taking that pill, you know, when I would get ready to urinate, that's when I would feel it because I had to

get out of bed. I didn't want to wet the bed. There was a time when I couldn't get out of the bed.

Q So you would feel it when you were trying to get out of the bed?

A Yes, I would turn over to get out of the bed.

Q Would you feel it other times?

A Not until.

Q Not until?

A The lower back pain came only when I would try to get up to urinate.

Q On a scale of 1 to 10, with 10 being the most painful and 1 being the least painful, how would you rate the lower back pain?

MR. EZRIN: Object to the form.

THE WITNESS: I would say 10 at the time.

BY MR. REDDY:

Q What about the stomach pain, how would you rate that on that same scale?

A The stomach pain was fast and quick and it was over, but the back pain was intense.

Q So the stomach pain was fast and quick?

A Right, boom, that's it.

Q So as soon as you took the Baycol medicine, you would get the stomach pain?

A Pain right away.
Q It would last for how long?
A I try not to think about it, but it was quick, not very long.
Q So a couple of seconds?
A Possibly maybe a little more than a second.
Q Was that a sharp pain?
A It wasn't sharp. It was just painful.
Q What sort of a pain was it?
A It was quick and intense and then it was over.
Q So you would have a quick and intense pain every time you --
A Every time I took that pill, once it got there, boom.
Q But it would go away after --
A It would go away after. It wouldn't linger. It was just like boom.
Q How long after you had first started taking the Baycol did you start seeing the dark urine?
A It was about -- that was March. Around April, the second week or the first part of April that I first started noticing it becoming more dark.
Q How did you notice it?
A You know, you watch your body language, and

so it had never been like that before, so each time it was dark and darker, and then --

Q Now, you said it was getting darker?

A It got dark, up to dark orange, and then I really panicked then.

Q When you say you panicked, what did you do?

A Just concern about -- you know, I didn't want to get any sicker, but it was so dark, I knew that that wasn't normal.

Q When you first complained to your doctor about the dark urine, what did the doctor say was causing it?

A He didn't say.

Q When you first complained to your doctor about the stomach pain, what did he say was causing it?

A He didn't say what caused it. He said, "Don't discontinue taking that pill. Keep taking it until I give you" --

Q He told you to keep taking the Baycol?

A "Keep taking it. Don't take yourself off of it," he said.

Q What about the low back pain, what did the doctor tell you was causing it when you first complained to him about it?

Q Have you ever taken any other medicine that caused you to have any stomach pain?
MR. EZRIN: Objection; form.
THE WITNESS: Not that I recall.
BY MR. REDDY:
Q Earlier you testified that you need to control your taking of a diabetes drug currently because it could result in pain; is that right?
A Well, according to the pain, you could overdo it, yes, so that's why we stick by the prescribed amount.
Q Have you ever overdone it and had pain from the --
A Oh, no, I don't want the pain.
Q So you don't have any pain now?
A Oh, no.
Q Now, apart from the lower back pain that you had when you would get up to get out of bed and turn over, and apart from the stomach pain that you would have, and apart from the dark urine, is there anything else that you believe was caused by Baycol?
MR. EZRIN: Object to the form.
THE WITNESS: I don't recall.
BY MR. REDDY:
Q Do you think that Baycol has harmed you?

MR. EZRIN: Object to the form.
THE WITNESS: I think so.
BY MR. REDDY:
Q How has it harmed you?
A It put a lot of doubt in you, you know.
Q When you say it put doubt in you, what do you mean?
A I mean, I'm apprehensive about the cholesterol medications.
Q Did you talk to your doctor about this apprehension that you have?
A I talked to him a bit, you know. I don't go deep into it, but we talk a bit.
Q Did he reassure you about the cholesterol medicines?
A He reassured me about these that I'm taking now.
Q Earlier you testified that you had gone to an emergency room; is that right?
A Exactly, Daniel Freeman.
Q Were you taking Baycol when you went to the emergency room?
A That was the reason why I went.
Q That was the reason why you went?
A Yes.

MR. REDDY: I would like to introduce as Exhibit 2 a medical record from Dr. Jing. It is Bates stamped RJ000015jmh.

(Exhibit 2 marked)

BY MR. REDDY:

Q Mr. Hughes, have you ever seen this document before?

A No, I haven't seen this one before.

Q Do you see your name in the middle of the page where it says "Patient's Name"?

A Yes.

Q Is that your birthday also where it says "11/27/32"?

A Exactly.

Q Do you see the date there? It says, "9/13/01," on the right-hand side there, the second line.

A Right.

Q Did I read that correctly?

A Yes.

Q Now, do you see where it says, "Complaint/ Message"? Do you see that?

A Yes.

Q It says, "Went to Cent. ER 9/12/01. There from 5-p to 11-p due to dizziness, can't stand, walk,

MR. EZRIN: Object to the form.

THE WITNESS: Prescriptions are -- it depends, you know, because now they monitor that thing where you have to pay so much and the other people so much.

BY MR. REDDY:

Q So there's no set amount that you have to pay for prescriptions?

A I think there is a certain amount that they pay. They pay and we have a certain amount to pay.

Q What's the amount that you have to pay?

A We pay like up to -- from $11 to $59.

Q You said $11 to $59?

A On every $100, and then sometimes we pay the $59.

Q Is that per year or per prescription?

A They got this arranged so that when you run out, that's when you have to pay to get them refilled.

Q Who told you to stop taking Baycol?

A Who told me what now?

Q Who told you to stop taking Baycol?

A The primary physician, Dr. Jing.

Q What did he say specifically to you when he told you to stop taking it?

A He just said that he's going to discontinue it, and he put me on another one opposite it.

Q When he told you to discontinue it, did you have any Baycol in your house?

A I had about 18 pills left.

Q You had 18 pills left?

A Yes.

Q Do you still have those 18 pills?

A I don't still have them.

Q When did you throw them away?

A I turned them over.

Q Who did you turn them over to?

A I can't recall the person that I turned them over to.

Q Was it your attorneys?

A They were people who came by and talked to me. That's all I had to show them, that this was actually Baycol.

MR. REDDY: Counsel, to the extent that you have the said 18 pills of Baycol, we'd like a pill count and any copy of any prescription bottle label.

MR. EZRIN: Certainly. I won't represent to you that we have them or not, but I'll certainly make a good-faith effort to inquire.

MR. REDDY: I understand.

BY MR. REDDY:

Q Sir, do you keep a file or maintain any documents about this lawsuit?

A I try.

Q What do you have in that file?

A I can't recall what's really in there, but I have a file.

MR. REDDY: To the extent there is no attorney-client privileged documents in that file, we'd request a copy of those documents.

MR. EZRIN: Yes. Certainly. I'll represent to you that I believe it's the deposition notice and correspondence regarding the fact sheet and that sort of thing. I'm not aware of any other documents.

MR. REDDY: Okay.

MR. EZRIN: But, again, I'll inquire.

MR. REDDY: Great.

BY MR. REDDY:

Q Do you make any notes or keep a diary regarding your health problems?

A No.

Q Do you have a medication diary?

A I don't have that. The only thing we have is what they give us from the drugstore, what the medication does, what it's like, and that sort of