# EXHIBIT C

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: Julius M. Hughes

---

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

---

1. My name is: Steven Trobiani, M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $300.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based upon my review of these records. [CHECK HERE IF APPLICABLE: _____ My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed;

   a. Julius Hughes is a 71 year old male who was prescribed Baycol in a dose of 0.4 mg daily in March of 2001 for treatment of hypercholesterolemia. On August 24, 2001, he was seen with a complaint of lower back pain for one week with turning over. He also complained of dark urine. He was

seen for this by Dr. Kenneth Ho in internal medicine on August 24, 2001. Dr. Ho obtained a CPK which was normal at 126 and a urinalysis which was unremarkable. Baycol was discontinued and Mr. Hughes was started on Lescol. Following discontinuation of the Baycol, Mr. Hughes's back pain appears to have resolved.

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Myalgia.

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records. Specifically, the complaint of lower back pain of one weeks' duration and a complaint of dark urine, leading to the treating physician discontinuing Baycol and substituting Lescol.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed. The lower back pain did, in fact, improve.

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: May 25, 2004.

NAME: Steven Trobiani, M.D.

ADDRESS: Northstar Pain Care/
Northstar Neurological Clinic
12000 Elm Creek Boulevard
Suite 330
Maple Grove, Minnesota 55369

# northstar pain care / neurological clinic

## DEPOSITIONS THAT DR. STEVEN TROBIANI HAS TESTIFIED IN

Steven Trobiani, MD
Board Certified, American Board of Neurology and Psychiatry

Main Office
Arbor Lakes Medical Building
12000 Elm Creek Blvd. - Ste 330
Maple Grove, MN 55369
763.416.1400 tel
763.416.0022 fax

Satellite Office
1 Eastern Heights Plaza
7582 Currell Blvd. • Ste 209
Woodbury, MN 55125
651.702.0388 tel
651.702.1259 fax

| Date | Patient | Attorney(s) |
|---|---|---|
| 1/5/95 | James Demoret | Thomas Krauel & Assoc. |
| 1/13/95 | Thomas Smykalski | Hartke Law Firm |
| 6/2/95 | Luann Hatten-Noll | Marlon Haugen, Esq. |
| 10/6/95 | William Henry | John Steele, Esq. |
| 11/28/95 | Patricia Webb | Meuser & Assoc. |
| 12/15/95 | John Madson | Babcock, Locher, Mielson & Mannella |
| 1/19/96 | Edwin Fostenrud | Gerald Mager, Esq. |
| 2/15/96 | Wayne Kipka | Rosenthal, Rondoni & MacMillan |
| 3/1/96 | Eduardo Miijica | Schwebel, Goetz, Sieben & Moskal |
| 5/22/96 | Daniel Substad | Doar, Drill & Skow |
| 6/13/96 | Annette Lowe | Tweksbury, Kerfeld & Zimmer |
| 6/19/96 | Patricia Nygard | Tweksbury, Kerfeld & Zimmer |
| 8/13/96 | Karen Christensen | Phillip Reitan, Esq. |
| 9/18/96 | Richard Ross | Mackenzie & Hallberg |
| 10/7/96 | Bryce Carlson | Thomas Mottaz, Esq. |
| 9/25/96 | Michelle Simon | Montpetit, Freiling & Kranz |
| 10/14/96 | Robert Weigl | Krass, Monroe & Schmidt |
| 11/21/96 | Michelle Fritz | Cody Law Office |
| 1/6/97 | Kathleen Miller | Hvass, Weisman & King |
| 1/1/97 | Gaylan Hinton | Sieben, Grose, Von Holtum |
| 1/22/97 | Richard McDaniels | Ness & Assoc. |
| 2/21/97 | Brenda Laska | Douglas E. Schmidt & Assoc. |
| 2/27/97 | Carol Juenger | Perry, Perry & Perry |
| 2/28/97 | Betty Mitchelll | Trenti Law Office |
| 3/7/97 | Mary Alexander | Cody Law Firm |
| 4/10/97 | Ronald Swift | John Steele, Esq. |
| 5/20/97 | Luann Reeves | Todd Young Law Firm |
| 6/3/97 | James Lynch | Schwebel, Goetz, Sieben & Moskal |
| 6/3/97 | Elizabeth McChing | Sieben, Grose, Von Holtum |
| 6/25/97 | Joann Brick | Sommers & Schultz |
| 6/30/97 | Nancy Thorson | H. Rick Fritz, Esq. |
| 7/30/97 | William Sohr | Gerald Magee, Esq. |
| 8/4/97 | Lance Reyzer | Ghertz & Ghertz |
| 8/12/97 | Mary Ellen Ruffenbach | Richard Jeffries, Esq. |
| 9/2/97 | Mary D. Petersen | Thomas Mottaz, Esq. |
| 9/3/97 | Paulette Adkins | F. Dean Lawson, P.A. |
| 9/15/97 | Robert Westerman | Strange, Farrell, Johnson & Casey |
| 10/22/97 | Kristen Tadewald | John Bradshaw Law Firm |
| 11/12/97 | Julie Dewenhoegger | Tweksbury, Kerfeld & Zimmer |

| | | |
|---|---|---|
| 3/18/98 | Paula Netherton | Schwebel, Goetz & Sieben |
| 4/17/98 | Gretchen McCabe | Priesz Law Firm |
| 6/11/98 | Duane Reck | Karney & Theiler |
| 12/3/98 | Kelton Crosby | Crosby & Associates |
| 2/8/99 | Kevin Claseman | Harvey, Sheehan & Capistrant |
| 3/3/99 | Andrea Putnam | Wentzel & Fluegel |
| 6/30/99 | Heidi Tinglov | Gabrielson Law Offices |
| 10/12/99 | Linda Kerchner | Tamara M. Haas, Esq. |
| 9/21/01 | James Snyder | Schmidt & Lund |
| 9/27/01 | Dang Vang | Walsh & Gaertner |
| 1/3/02 | Pa Lee | R. Donald Hawkinson, Esq. |
| 2/18/02 | Kathryn Studer-Rust | Eckert, Kost & Vocke |
| 3/19/02 | Darnell Warmack | Ruman, Clements & Holub |
| 5/13/02 | Scott Mathison | Doar, Drill & Skow |
| 5/16/02 | Carlos Gonzalez | Scott Law Firm |
| 5/24/02 | John McGary | Valentini & Associates |
| 7/17/02 | Dean Leaf | Douglas E. Schmidt & Associates |
| 8/29/02 | Kathryn Studer-Rust | Rischmiller, Knippel & Aronson |
| 4/6/03 | Michael Roberts | Eckman, Strandness & Egan |
| 10/21/03 | Susan Pugh | Sieben, Grose, Von Holtum |
| 11/25/03 | Jessie Peterson | Palmer, Cody & O'Dea |

## TRIAL TESTIMONY DR. STEVEN TROBIANI HAS GIVEN

| | | |
|---|---|---|
| 10/16/95 | Deborah Kueffler | Todd Young Law Firm |
| 2/11/97 | Mary Baggenstors | Schwebel, Goetz, Sieben & Moskal |
| 3/12/97 | John Bostrum | Schwebel, Goetz, Sieben & Moskal |
| 11/25/97 | John Hunt | Jesse Gant, Esq. |
| 1/7/98 | Janeen Braatz | Schwebel, Goetz, Sieben & Moskal |
| 2/4/98 | Daniel Koppy | Schwebel, Goetz, Sieben & Moskal |
| 3/3/98 | Donald Doty | Ronald Goldser - Zimmerman Reed |
| 3/3-4/98 | Joanne Atherton | Otten & Knutson, PLLP |
| 4/27/98 | Larry Holmberg | Larry Levanthal & Associates |
| 9/9-10/98 | Steven Staudt | Zimmerman & Reed |
| 1/14/99 | George Viens | Schmidt & Coughlin |
| 4/27/00 | Derek Kew | Vance & Iverson, P.A. |
| 8/7-8/01 | Brian Paglusch | Schneider Law Firm |
| 11/19/01 | Lisa Belden | Hvass, Weisman & King |
| 7/23/02 | Brittney Sanchez | Schmidt Law Firm |
| 10/30/02 | Conrad Barsness | John Buchman, Esq. |
| 3/5/03 | Virgie L. Hardy | Pritchard Law Firm |
| 6/5/03 | Terry Grunwald | Ratgen Personal Injury Law Firm |
| 1/8/04 | Tina Lessard | Scott Law Firm |

northstar pain care / neurological clinic

## CURRICULUM VITAE

Steven Trobiani, MD
Board Certified, American Board of Neurology and Psychiatry

### PERSONAL DATA

| | |
|---|---|
| Name: | Steven Trobiani, M.D. |
| Date of Birth: | August 8, 1950 |
| Marital Status: | Single |
| Height/Weight: | 5'7" / 140 lbs |
| Health: | Excellent |
| SSN: | 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 |

### EDUCATION

| | |
|---|---|
| September 1968 - June 1972 | Loyola University - Chicago, Illinois<br>Bachelor of Science in Biology |
| September 1972 - February 1976 | Loyola University-Stritch School of Medicine - Maywood, Illinois<br>M.D. Degree |

### INTERNSHIP

| | |
|---|---|
| July 1976 - June 1977 | St. Louis University Hospitals - St. Louis, Missouri<br><br>Categorical internship in Neurology consisting of three months of Neurology and nine months of Internal Medicine |

Main Office
Arbor Lakes Medical Building
12000 Elm Creek Blvd. - Ste 330
Maple Grove, MN 55369
763.416.1400 tel
763.416.0022 fax

Satellite Office
1 Eastern Heights Plaza
7582 Currell Blvd. - Ste 209
Woodbury, MN 55125
651.702.0338 tel
651.702.1259 fax

### RESIDENCY

| | |
|---|---|
| July 1980 - June 1983 | Department of Neurology, Yale University School of Medicine |
| July 1982 - June 1983 | Chief Resident, Department of Neurology, Yale University School of Medicine |

### MILITARY SERVICE

| | |
|---|---|
| July 1977 - February 1979 | Squadron Surgeon for the 2nd Squadron 11th Armored Cavalry Regiment located in Bad Kissingen, Germany. Responsible for the primary health care delivered to a population of 6,000 active duty personnel and dependents. |
| February 1979 - February 1980 | Brigade Surgeon for 1st Brigade 3rd Infantry Division located in Schweinfurt, Germany. Responsible for providing primary health care to a population of 16,000 active duty personnel and dependents and direct supervision of nine Physician Assistants. |
| February 1980 - July 1980 | Commander of the 24th Medical Detachment located in Schweinfurt, Germany. Responsible for the delivery of health care to 16,000 active duty personnel and dependents residing in the military communities of Bad |

Kissingen and Schweinfurt. Supervision of one Brigade Surgeon, one German National Physician, and the nine Physician Assistants assigned to the Schweinfurt and Bad Kissingen Health Clinics. Command of personnel assigned to the 24th Medical Detachment.

**PRIVATE PRACTICE**

| | |
|---|---|
| July 1983 - June 1989 | Solo Neurology practice in Joliet, Illinois |
| June 1989 - October 1989 | Neurologist with Noran Neurological Clinic in Minneapolis, Minnesota |
| November 1989 - April 1993 | Director, Administrator and Neurologist with Northstar Neurological Clinic in Maple Grove, Minnesota<br>Practice emphasis on injuries to neck, back and peripheral nerve. |
| April 1993 - Present | Director, Administrator and Neurologist with Northstar Neurological Clinic in Maple Grove and Woodbury, Minnesota<br>Practice emphasis on injuries to neck, back and peripheral nerve. |
| January 1995 - Present | Medical Director, President, Northstar Pain Care, Maple Grove and Woodbury, Minnesota<br>Practice emphasis on myofascial release techniques for soft tissue injuries to the cervical, thoracic and lumbar regions. |

**AFFILIATIONS**

| | | |
|---|---|---|
| 1983 - 1989 | St. Joseph Medical Center - Joliet, Illinois - Active Staff | |
| 1983 - 1989 | Silver Cross Hospital - Joliet, Illinois - Active Staff | |
| 1989 - 2000 | Abbott Northwestern Hospital<br>Minneapolis, Minnesota<br>Inactive Staff | Fairview Southdale Hospital<br>Edina, Minnesota<br>Inactive Staff |
| | Fairview Ridges Hospital<br>Burnsville, Minnesota<br>Inactive Staff | Mercy Medical Center<br>Coon Rapids, Minnesota<br>Inactive Staff |
| 1989 - present | North Memorial Medical Center<br>Robbinsdale, Minnesota<br>Courtesy Staff | |

**PUBLICATIONS**

1. "Effects of cervical sympathetic stimulation on carotid occlusion reflexes in cats: Robert W. Wurster and Steven Trobiani, American Journal of Physiology, Vol. 225, No. 4, October 1973.

2. "Myofascial Release Therapy in the treatment of soft tissue injuries", copyright 1995.

## ACHIEVEMENTS

| | |
|---|---|
| September 7, 1977 | Certification by National Board of Medical Examiners |
| February 1988 | Licensed as Physician and Surgeon, State of Connecticut |
| June 1983 | Licensed as Physician and Surgeon, State of Illinois |
| June 1989 | Licensed as Physician and Surgeon, State of Minnesota |
| June 1990 | Board Certified in Neurology |
| 1994-1995 | University of St. Thomas, Mini MBA in Medical Management |
| 1994-1995 | University of St. Thomas, Certificate Course in Management for Physicians |
| 1995 - | MFR Seminars - Myofascial Release Therapy I (20 hours) |
| 1995 - | MFR Seminars - Myofascial Release Unwinding (20 hours) |
| 1995 - | MFR Seminars - Myofascial Release Therapy II (20 hours) |
| November 12, 2002 | Appointed by the Assistant Commissioner for the Minnesota Department of Health to the Health Care Work Group for the Minnesota Heart Disease and Stroke Prevention Initiative |

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 1980 - 1983 | New Haven County Medical Association |
| 1983 - 1989 | Will-Grundy County Medical Association |
| 1980 - Present | American Medical Association |
| 1980 - Present | American Academy of Neurology |
| 1983 - Present | American Association for the Advancement of Science |
| 1983 - Present | New York Academy of Science |
| 1989 - Present | Hennepin County Medical Society |
| 1989 - Present | Minnesota Medical Association |
| 1996 - Present | Minnesota Neurological Society |
| 1997 - Present | Minnesota Preventative Medicine Council |

## SEMINAR PRESENTATIONS

| | |
|---|---|
| 11/15/95 | Myofascial Release Therapy in Treatment of Soft Tissue Injuries |
| 11/15/95 | Peripheral Nerve Entrapment |
| 03/21/97 | Minnesota Institute for Legal Education - "Diagnosis and Management of Cervical, Thoracic and Lumbar Discogenic Pain Syndromes" |
| 01/28/98 | Minnesota Trial Lawyers Association "Neck and Back Injuries from Motor Vehicle Accidents" |
| 04/03/98 | Minnesota Institute for Legal Evaluation - "Strain/Sprain, Myofascial Pain Syndrome, and Discogenic Pain Syndrome" |
| 03/07/02 | Primary Care Physicians - "Doctor Why Do I Still Hurt" |
| 04/18/02 | Blaine Medical Clinic - "Approaches to Pain Management in the Primary Care Clinic" |
| 06/11/02 | Unity Hospital, Pfizer, "Doctor, Why Do I Still Hurt" |
| 06/20/02 | Soteria Clinic, Pfizer, "Doctor, Why Do I Still Hurt" |
| 06/25/02 | Fridley Medical Center, Pfizer, "Doctor, Why Do I Still Hurt" |
| 08/27/02 | State Fair, Pfizer, "Doctor, Why Do I Still Hurt" |
| 08/28/02 | Family Practice, Pfizer, "Doctor, Why Do I Still Hurt" |
| 10/28/02 | Allina Clinic Champlin, Pfizer, Chronic Pain Management |
| 11/20/02 | Dimico Cochino, Pfizer - "Doctor, Why Do I Still Hurt" |
| 10/5/03 | Campiello Ristorante, Pfizer - "Doctor, Why Do I Still Hurt" |
| 1/16/04 | Solera, Pfizer, Migraine, Family Practice |

## RESEARCH

| | |
|---|---|
| 2/1/04 | Approved Site for Phase IV Clinical Studies for Osteoarthritis of Knees in conjunction with John Hopkins University |