# EXHIBIT G

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION ) | MDL No. 1431 (MJD) |
| THIS DOCUMENT RELATES TO: ) | Case No. 02-0058 |
| Julius Hughes et al. v. Bayer Corp, et al. ) | |

DEPOSITION OF CHRISTINE HUGHES

LOS ANGELES, CALIFORNIA

JUNE 30, 2006

Reported by Joyce A. Griffith, CSR 11010

CERTIFIED COPY

APPEARANCES:

FOR THE PLAINTIFF JULIUS McCLINTON HUGHES:

ALEXANDER, HAWES & AUDET, LLP
BY: ADEL A. NADJI
211 MAIN STREET, SUITE 1460
SAN FRANCISCO, CALIFORNIA 94105
(415) 982-1776

FOR THE DEFENDANT BAYER CORPORATION:

SIDLEY AUSTIN, LLP
BY: ROBERT J. CATALANO
555 WEST FIFTH STREET, SUITE 4000
LOS ANGELES, CALIFORNIA 90013
(213) 896-6929

ALSO PRESENT: JULIUS HUGHES, PLAINTIFF
TERRY LAWRENCE HUGHES

DEPOSITION OF CHRISTINE HUGHES,

taken on behalf of the Defendant on Friday, June 30, 2006, at 555 West Fifth Street, Suite 4000, Los Angeles, California, at 11:45 a.m., before Joyce A. Griffith, Certified Shorthand Reporter for the State of California.

I N D E X

WITNESS: CHRISTINE HUGHES


| EXAMINATION | PAGE |
|---|---|
| By Mr. Catalano | 5 |


* * *

Q Did he give him any kind of medicine?
A I'm not sure.
Q Do you know if he took him off Baycol?
A Yes, he took him off.
Q He took him off Baycol?
A Not then.
Q When?
A He took him off about five months afterward, because he let him stay on it about five months.
Q So about August?
A Yes, right.
Q In August, when he took him off, was he still experiencing this back and stomach pain?
A Yes.
Q Was it still as severe as it was in the emergency room?
A That's why he took him off, because he still had the pain.
Q Was it the same level of pain he had when he went to the emergency room?
A Yes.
Q How about the discolored urine, that was the same?
A Yes.
Q The muscle softness was the same?