UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION ) | MDL No. 1431 (MJD) |
| THIS DOCUMENT RELATES TO: ) | CASE No. 02-0058 |
| Julius Hughes, et al., v. Bayer Corp, et al., ) | |

DEPOSITION OF RAYMOND JING, M.D.,

HAWTHORNE, CALIFORNIA

WEDNESDAY, JULY 19, 2006

Reported by:

ANGELA GINEVAN, CSR No. 12124, RPR

Hawthorne, California
Wednesday, July 19, 2006
9:07 A.M.

RAYMOND JING, M.D.,

called as a witness, and having been first duly affirmed by the Certified Shorthand Reporter, was examined and testified as follows:

EXAMINATION

BY MR. REDDY:

Q. Good morning, Dr. Jing.
A. Good morning.
Q. My name is Nitin Reddy. I represent Bayer Corporation. As you know we're here today to take your deposition.
Could you please state your full name for the record.
A. Raymond Jing.
Q. And have you ever had your deposition taken before, sir?
A. Yes.
Q. And about how long has it been since your last deposition?
A. More than 15 years ago.

A. I prescribed Baycol, 0.4 milligrams.
Q. And what sort of a drug is Baycol?
MR. EZRIN: Object to form.
THE WITNESS: Baycol is commonly known as a statin, and what that does it -- is the -- it inhibits the synthesis of -- or it's a -- it decreases the rate of synthesis of cholesterol in the liver.
BY MR. REDDY:
Q. And what are the common side effects -- what are the side effects associated with statin medicines in general?
MR. EZRIN: Object to form.
THE WITNESS: Most common side effect that I encounter are muscle aches.
BY MR. REDDY:
Q. So myalgias or --
A. Yes. Also known as myalgias.
Q. And other than the muscle aches, are you aware of any other possible side effects associated with statin medicines?
A. We also monitor patients to make sure they don't have elevation of their liver chemistries because liver toxicity is also possible.
Q. And were you aware that these were possible side effects of Baycol when you prescribed it to

Mr. Hughes?
A. Yes.
MR. EZRIN: Object to form.
BY MR. REDDY:
Q. And to be clear, the side effects we just discussed were muscle pains --
A. Yes.
Q. -- correct?
Myalgias?
A. Yes.
Q. It -- was myopathy another type of side effect that you've encountered or are aware of?
A. Yes.
Q. And what is myopathy?
A. Myopathy is something that one can get from the adverse effect -- well, myopathy doesn't have to just be related to medication. It can be caused by other things. But it's muscle problems that patients experience that can manifest itself in different ways, including pain and weakness.
Q. And myalgias are specifically muscle pain?
A. Myalgias are the symptoms.
Q. I see.
A. Myopathy would be a diagnosis.
Q. And are you also -- were you aware that

rhabdomyolysis is a possible side effect associated with statin medicines?

A. Yes.

Q. And what is rhabdomyolysis?

A. That's a type of damage to the muscles.

Q. Were you aware that rhabdomyolysis was a possible side effect of Baycol at the time that you prescribed it to Mr. Hughes?

A. I was generally aware that rhabdomyolysis could be caused by statins including Baycol.

Q. Now, on the lab result of March 2001 -- I forgot the date. I think it's March 6.

A. Uh-huh.

Q. Is that your handwriting on there?

A. Yes.

Q. And did you yourself call the patient?

A. My note indicates that I didn't speak with the patient directly. I spoke with the patient's wife and asked for her to give the message to him that I was going to prescribe medication for the high cholesterol.

Q. Why is it important to reduce high cholesterol?

A. You know, high cholesterol is a significant risk factor for development of cardiovascular disease, but it's even a worse problem in diabetics than it is in a non-diabetic.

Q. You do recall looking at the package insert, I believe, based on Counsel's question; is that correct?
A. I don't.
Q. So you don't have a specific recollection as you sit here today?
A. I don't have a specific recollection about looking at the package insert or the PDR.
Q. Do you recall any of the Baycol sales representatives that visited your office prior to the time in which you prescribed the drug to Mr. **Hughes?**
A. Yes.
Q. Do you recall the names of any of those individuals?
A. **No.**
Q. I will run by -- run over a couple names and see whether or not they sound familiar. One is Mercedes Kane. Does the name ring a bell?
A. I do not remember that person.
Q. How about Ross Del Mondo?
A. That name is familiar. It could have been somebody named Ross Del Mondo.
Q. That name sounds familiar to you. Do you make any connection between Mr. Del Mondo and Baycol in terms of him being a sales rep for Bayer?
A. He may have been --

MR. REDDY: Objection to form.
THE WITNESS: -- the sales rep for Bayer that came here.
BY MR. EZRIN:,
Q. Do you have any recollection of discussing Baycol with Mr. Del Mondo?
MR. REDDY: Objection. Form.
THE WITNESS: I don't recall a specific discussion, but many of the reps have speakers that come in. I can't tell you whether he made those kind of arrangements or not.
BY MR. EZRIN:
Q. I'm going to give you another name of a sales representative. The name is Tooanh Nguyen.
A. I have no recall.
Q. How about Katrina Stewart? Does that name ring a bell?
MR. REDDY: Object to form.
THE WITNESS: No.
BY MR. EZRIN:
Q. I believe that is the entire list of sales representatives that I have. Sounds like the only one familiar to you was Ross Del Mondo?
A. Possibly.
Q. You indicated that the drug representatives

THE WITNESS: No specific recollection.
BY MR. EZRIN:
Q. Did any of the sales representatives for Baycol who ever visited your office indicate to you that the adverse events for Baycol was higher than that for comparable statins?
MR. REDDY: Objection to form.
THE WITNESS: I don't remember that.
BY MR. EZRIN:
Q. Had they informed you of that would that have changed your perspective on Baycol's safety profile?
MR. REDDY: Objection to form. Calls for speculation.
THE WITNESS: As always, I weigh the benefits and the risks of the medication.
BY MR. EZRIN:
Q. So when one drug that's comparable to another drug has a higher incident of adverse events as opposed to the comparable drug, would you consider the drug with the higher rate of adverse events to be less safe to your patients than the comparable drug that had the lower number of adverse events?
MR. REDDY: Objection to form.
THE WITNESS: It depends if the medication is truly comparable or not. If a medicine --

because of any chemical structure differences that you alluded to.

BY MR. EZRIN:

Q. So you recall literature indicating that it was superior, but you don't recall the specific reason for which it was apparently more effective?

A. Correct.

MR. REDDY: Objection. Misstates testimony.

THE WITNESS: Right.

BY MR. EZRIN:

Q. I just want to make sure I was stating your testimony correctly.

A. Correct.

Q. Did anyone from Bayer, whether it was a sales representative or otherwise, make any effort to inform you of any of the actions the FDA took relative to those claims that it was more effective because of its synthetic properties?

MR. REDDY: Objection. Assumes facts not in evidence. Objection to form.

THE WITNESS: I don't have any recall.

BY MR. EZRIN:

Q. Did you ever become aware that the division of drug marketing, advertising, and communications for FDA cited Bayer for making such claims?

BY MR. EZRIN:
Q. Did any Baycol sales representative tell you that clinical trials for Baycol demonstrated that there was no rhabdomyolysis?
MR. REDDY: Objection to form.
THE WITNESS: I have no recall.
BY MR. EZRIN:
Q. If you had known that rhabdomyolysis had been reported in a clinical trial with respect to Baycol, would that have changed your view regarding the safety of Baycol?
MR. REDDY: Objection to form. **Calls** for speculation. Assumes facts not in evidence.
THE WITNESS: I would certainly look at it more carefully, but I was generally aware back then that rhabdomyolysis was associated with statins as a class **of** medications, so **I** knew that this could be a risk with any of the statins that were prescribed.
BY MR. EZRIN:
Q. Okay. What efforts, if any, did the Baycol sales representatives or anybody from Bayer make to inform you that the reporting of rhabdomyolysis incidents to the FDA was ten times higher for Baycol as compared to Lipitor?
MR. REDDY: Objection. Form.

THE WITNESS: I have no recall of that.
MR. REDDY: Objection. Form. Assumes facts not in evidence.
BY MR. EZRIN:
Q. Had they told you that, would it have changed your view of the safety profile of Baycol?
MR. REDDY: Objection. Form. Calls for speculation.
THE WITNESS: I mean, I think that any meaningful data that shows one drug which is comparable has a greater risk than other drugs would certainly make me consider whether I want to prescribe that drug very carefully or not.
BY MR. EZRIN:
Q. What efforts, if any, did any Baycol sales representatives or anyone from Bayer make to inform you that their rate of rhabdo reports to the FDA was 40 times higher for Baycol as compared to Pravachol?
MR. REDDY: Objection. Form.
THE WITNESS: I have no recall about that.
BY MR. EZRIN:
Q. Had you been informed of that fact, would you have -- would it have changed your attitude towards the Baycol safety profile?
MR. REDDY: Objection. Form. Calls for

speculation.
THE WITNESS: No. As always, if some scientific data shows something is more risky than a comparable medication, I would certainly consider that very carefully before prescribing it.
BY MR. EZRIN:
Q. What efforts, if any, did Baycol sales representatives or anybody from Bayer make to inform you that the -- in 1999 the reported rhabdomyolysis incidents to the FDA was 40 times higher for Baycol than it was for Lescol?
MR. REDDY: Objection. Form.
THE WITNESS: I have no recall of that.
BY MR. EZRIN:
Q. And, again, would that have changed your view with respect to the safety profile of Baycol?
MR. REDDY: Same objection.
THE WITNESS: Again, if something through scientific data shows that something may be more risky, then it certainly makes me consider that medication very carefully before I prescribe it.
BY MR. EZRIN:
Q. Do you still prescribe Lipitor today?
A. Yes.
Q. Do you still prescribe Lescol?

that the rates of myalgia were higher for Baycol than for other comparable statins?

A. I don't have any recall.

MR. REDDY: Objection to form.

BY MR. EZRIN:

Q. Had you been aware of the fact that Baycol represented an increased risk for myopathy, myalgia, or rhabdomyolysis as compared to other statins, would that have affected your view of the Baycol safety profile?

MR. REDDY: Objection to form.

THE WITNESS: Again, if a medication which is comparable to others has a greater risk, it certainly does affect my prescribing that medication.

BY MR. EZRIN:

Q. How important is it to you as a doctor that sales representatives from any drug company provide you with an accurate list of the risks associated with any drug that you prescribe to your patients?

MR. REDDY: Objection. Form.

THE WITNESS: It's very important that any pharmaceutical representative provide as complete a picture of a medication as possible that indicates both the risks and benefits.

BY MR. EZRIN:

Q. I'm going to switch gears a little bit here.