**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | : | |
| *Julius Hughes v. Bayer AG, et al.* | : | Case No. 02-0058 |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DENY CLASS CERTIFICATION AND FOR SUMMARY JUDGMENT**

I, James W. Mizgala, certify that Defendants' Memorandum in Support of Their Motion for Summary Judgment complies with Local Rule 7.1(c).

I further certify that Microsoft Office Word 2003 was used in preparation of this memorandum, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,241 words and the Defendants' opening brief contained 5,036 words, for a total of 7,277 words.

Dated: February 11, 2008

James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

One of the Attorneys for Bayer Corporation and Bayer AG